IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MICHAEL J. DANIELS AND BARBARA HIGH-DANIELS, INDIVIDUALLY AND AS NEXT FRIEND OF XAVIER DANIELS AND SEBASTIAN DANIELS; SHANE VINALES AND BECKY VINALES, INDIVIDUALLY AND AS NEXT FRIEND OF LANDON VINALES AND SAVANNAH VINALES; JONATHAN KLINE AND SARAH KLINE, INDIVIDUALLY AND AS NEXT FRIEND OF KONNOR KLINE, KENNEDY KLINE, AND KYLEIGH KLINE; MARK HIATT AND RACHEL HIATT, INDIVIDUALLY AND AS NEXT FRIEND OF STEPHEN HIATT, JOSHUA HIATT, DANIEL HIATT, AND JONATHAN HIATT; SAMUEL HAMILTON AND LEILANI HAMILTON, INDIVIDUALLY AND AS NEXT FRIENDNOF NEVAEH HAMILTON AND EZEKIEL HAMILTON; THOMAS WOLF AND KASSANDRA WOLF, INDIVIDUALLY AND AS NEXT FRIEND OF CAEDMON GILLIS, GABRIEL WINCHELL, NADIA WOLF, AND MATTHEW WOLF; AND JON ALEXANDER AND ALLISON ALEXANDER, INDIVIDUALLY AND AS NEXT FRIEND OF NYA ALEXANDER AND MARCUS ALEXANDER; LANCE KONZEN AND MEGAN KONZEN, PLAINTIFFS | |
| v. | CASE NO. 5:19-CV-01280 |
| AETC II PRIVATIZED HOUSING, LLC; AETC II PROPERTY MANAGERS, LLC; AND HUNT ELP, LTD. D/B/A HUNT MILITARY COMMUNITIES, DEFENDANTS | |

**NOTICE OF APPEARANCE AND DESIGNATION AS LEAD COUNSEL**

Please take notice that attorney Jennifer J. Skipper of the law firm Balch & Bingham, LLP files this Notice of Appearance and Designation as Lead Counsel for Defendants, and here requests that all notices required to be given, and all papers required to be served in the above-

7893124.1

entitled and numbered cause, be copied and served to undersigned counsel with the following contact information:

>Jennifer J. Skipper
>Texas State Bar No. 24076171
>BALCH & BINGHAM LLP
>188 East Capitol Street, Suite 1400
>Jackson, Mississippi 39201-2133
>jskipper@balch.com

Respectfully submitted, this the 19th day of November 2019.

>/s/ *Jennifer Skipper*
>Jennifer J. Skipper
>Texas State Bar No. 24076171
>BALCH & BINGHAM LLP
>188 East Capitol Street, Suite 1400
>Jackson, Mississippi 39201-2133
>Telephone:  601-965-8182
>Facsimile:  866-501-9984
>E-Mail: jskipper@balch.com
>
>ATTORNEY FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served upon all counsel of record, as listed below, via the Court's ECF method on this 19th day of November 2019.

    Randall A. Pulman, Esq.
    rpulman@pulmanlaw.com
    Ryan C. Reed, Esq.
    rreed@pulmanlaw.com
    Matthew J. McGowan, Esq.
    mmcgowan@pulmanlaw.com
    PULMAN, CAPPUCCIO & PULLEN, LLP
    2161 NW Military Highway, Suite 400
    San Antonio, Texas 78213

    James R. Moriarty, Esq.
    jim@moriarty.com
    LAW OFFICES OF JAMES R. MORIARTY
    4119 Montrose, Suite 250
    Houston, Texas 77006

    ATTORNEYS FOR PLAINTIFFS

                                                                       */s/ Jennifer J. Skipper*
                                                                        Jennifer J. Skipper

7893124.1