IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL J DANIELS, ET AL., | § § | |
| *Plaintiffs*, | § § | SA-19-CV-01280-FB-RBF |
| vs. | § § | |
| AETC II PRIVATIZED HOUSING, LLC, AETC II PROPERTY MANAGERS, LLC, HUNT ELP, LTD, | § § § § | |
| *Defendants*. | § § | |

**ORDER**

Before the Court are the Motions to Compel filed by Defendants AETC II Privatized Housing, LLC, AETC II Property Managers, LLC, and Hunt ELP, Ltd., *see* Dkt. Nos. 118, 119, 120 & 121. The District Court referred this case for disposition pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. Authority to enter this Order stems from 28 U.S.C. § 636(b)(1)(A).

**IT IS ORDERED THAT** the Motions to Compel, Dkt Nos. 118, 119, 120 & 121, are set for a hearing on **December 1, 2021** at **10:00 am**. The hearing will be held by video conference using the Zoom video platform. As the date for the hearing approaches, the Court will send, by separate communication, instructions for participating in the video conference. The parties should be prepared to discuss at the hearing the motion as well as their efforts to resolve the discovery dispute that gave rise to it.

*\*\*The parties are advised and hereby placed on notice that the Court may award expenses against any party that is uncooperative in discovery. See Fed. R. Civ. P. 37(a)(5).\*\**

**IT IS SO ORDERED**.

SIGNED this 5th day of November, 2021.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE