IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MICHAEL J DANIELS, INDIVIDUALLY AND AS NEXT OF FRIEND OF X.D. AND S.D. *ET AL.* §§§§§ *Plaintiffs*, § vs. § AETC II PRIVATIZED HOUSING, LLC, § AETC II PROPERTY MANAGERS, LLC, § HUNT ELP, LTD, § § *Defendants*. | 5-19-CV-01280-FB-RBF |

**ORDER**

Before the Court are the Motions to Compel Rule 35 Physical and Mental Examinations of Plaintiffs Mary Beth Pisano, Carmen Pisano, Anna Pisano, and Abigail Pisano. *See* Dkt. Nos. 118-121. This case was referred for disposition of all pretrial proceedings, pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Dkt. No. 107. On December 1, 2021, the Court held a hearing on the Motions at which all parties appeared through counsel of record.

For the reasons stated on the record at the December 1 hearing and as further detailed in Defendants' briefing, the Motions, Dkt. Nos. 118-121, are **GRANTED.** The Pisanos shall report to the Western District of Texas for physical and mental examinations with Doctors Gross, Ticknor, and O'Rourke at a date and location to be agreed upon based on the schedules of the parties and the examiners.

**IT IS SO ORDERED**.

SIGNED this 1st day of December, 2021.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE