# WATTS | GUERRA LLP

ROBERT E. BRZEZINSKI
Attorney at Law
rbrzezinski@wattsguerra.com

*Board Certified Personal Injury Trial Law*
*Texas Board of Legal Specialization*

4 Dominion Dr., Ste 100
Building 3
San Antonio, Texas 78257
210.447.0500 PHONE
210.447.0501 FAX
www.wattsguerra.com

December 9, 2021

Ms. Jeannette J. Clack  *Via Electronic File*
Western District of Texas District Clerk
655 E. Cesar E. Chavez Blvd. Room G-65
San Antonio, Texas 78206

      RE:    Cause No. 5:19-cv-01280-FB
                Michael J. Daniels, et al. v. AETC II Privatized Housing, LLC, et al.
                USDC Western District of Texas San Antonio Division
                WG File No.: 622672

Dear Ms. Clack:

      This letter will serve as notification that I will be on vacation from May 30, 2022 through June 15, 2022. Accordingly, I respectfully request that neither counsel nor the Court schedule any matters during that time.

      Thank you for your professional courtesies and please do not hesitate to call if you have any questions.

                                              Sincerely,

                                              Robert E. Brzezinski

REB/ac                                                *Via Electronic Service*