IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL J DANIELS, ET AL., | § § | |
| *Plaintiffs*, | § § | 5-19-CV-01280-FB-RBF |
| vs. | § § § | |
| AETC II PRIVATIZED HOUSING, LLC, AETC II PROPERTY MANAGERS, LLC, HUNT ELP, LTD, | § § § § | |
| *Defendants*. | § § | |

**ORDER SETTING HEARING**

Before the Court is the status of the above-referenced case, which the District Judge referred for disposition of certain matters, pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Dkt. No. 107. **IT IS ORDERED** that this case is set for a hearing on **February 23, 2022**, at **1:30 pm**. The hearing will be held by video conference using the Zoom video platform. As the date for the hearing approaches, the Court will send, by separate communication, instructions for participating in the video conference. The parties should be prepared to argue all pending ripe motions.

**IT IS SO ORDERED.**

SIGNED this 7th day of February, 2022.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE