CONFIDENTIAL

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TEXAS
 2                  SAN ANTONIO DIVISION

 3

    MICHAEL J. DANIELS, et al.,
 4
              Plaintiffs,
 5
    vs                        No. SA-19-CA-01280-FB
 6
    AETC II PRIVATIZED HOUSING,
 7  LLC, et al.,
 8           Defendants.
 9                  CONFIDENTIAL
10           DEPOSITION OF KASSANDRA WOLF
                     DAY 1 OF 2
11         Taken on Behalf of the Defendants
        On August 23, 2021, beginning at 8:58 a.m.
12                 In Tulsa, Oklahoma
13
14                  APPEARANCES
15  Appearing on behalf of the PLAINTIFFS:
16       Jennifer Arlene Neal
         WATTS GUERRA, LLP
17       Four Dominion Drive, Building 3, Suite 100
         San Antonio, Texas 78257
18       210-477-0500
         jneal@wattsguerra.com
19
20  Appearing on behalf of the DEFENDANTS:
21       Jennifer J. Skipper
         BALCH & BINGHAM, LLP
22       188 East Capitol Street, Suite 1400
         Jackson, Mississippi 39201
23       601-961-9900
         jskipper@balch.com
24
    Job No. CS4750236
25  REPORTED BY:  MARY K. BECKHAM, CSR, RPR
```

**EXHIBIT**
**1**

CONFIDENTIAL

Page 54

1 lawyer.
2    Q   Were you still on Randolph when you had
3 the discussions about legal things and the lawyer
4 with the Hiatts?
5    A   Yes.
6    Q   Megan and Lance Konzen?
7    A   I know them.  I did not direct them.
8    Q   How do you know them?
9    A   Through Facebook.
10    Q   Shane and Becky Vinales?
11    A   I know them.  I did not direct them.
12    Q   Did they have a lawyer prior to you?
13    A   I believe they were looking into speaking
14 with Ryan as well.  I don't know how.
15    Q   And then we have Thompson, Amanda Thompson
16 is the service member?
17    A   I don't know that name off the top of my
18 head.
19    Q   Michael and Elldwinia English?
20    A   I don't know that name off the top of my
21 head.
22    Q   Kari Hill?
23    A   I do know the name, and I've seen her a
24 few times.
25    Q   Did you have any discussions with her

Page 55

1 about your attorneys or a lawsuit?
2    A   Yes.
3    Q   And when was that?
4    A   I don't remember exact dates.
5    Q   Did you provide her with your attorneys'
6 information?
7    A   I did.
8    Q   And do you remember where you all were
9 when you provided -- or if it was online or
10 whatever, with the attorneys' information?
11    A   I'm not sure.
12    Q   Before you provided the attorney
13 information, had you had -- were you friends with
14 Ms. Hill?
15    A   No.
16    Q   How would the two of y'all's paths cross?
17    A   I heard her speak at one of the housing
18 events, one of the town halls, I believe, and ran
19 out -- or ran into her out in public.  I can't
20 remember where.
21    Q   Skillingstad?
22    A   I don't know them.  I've heard the name.
23    Q   Castillo?
24    A   I don't know them.
25    Q   Never had any conversations or

Page 56

1 interactions with either Skillingstad or Castillo
2 family?
3    A   Not that I know of, not that I can
4 remember.
5    Q   Furman?  He's a marine major, Furman?
6    A   No, ma'am.  Sorry, I shook my head.  No,
7 ma'am.
8    Q   I might have one more for you in a minute,
9 but that's all that's coming to my head.  When you
10 provide the information about your attorneys to
11 people who contact you, is that via social media
12 means or text message or in person?
13    A   I'm not sure.  I'm not sure how I shared
14 the info with them.
15    Q   I've got one of the families, I just
16 realized, Carmen and Mary Elizabeth Pisano?
17    A   I don't know them.  I know their name.
18    Q   And you know the Hamiltons?
19    A   Yes.
20    Q   And did you have a lawyer before
21 Ms. Hamilton, or did she have a lawyer before you?
22    A   I'm not sure.
23    Q   Do you remember if you provided any
24 information to Ms. Hamilton or vice versa?
25    A   I'm not sure.

Page 57

1    Q   It appears that you and Ms. Hamilton were
2 pretty close?
3    A   Yes.
4    Q   Okay.  Had you been close with
5 Ms. Hamilton since she moved on Randolph, or when
6 did your friendship develop?
7    A   I don't remember when our friendship
8 developed.
9    Q   Are any of your children friends with each
10 other?
11    A   Whose children?
12    Q   Y'all's, Ms. Hamilton and yours.
13    A   We have played -- well, I had not played.
14 My son had played with her son.  My son, Matthew,
15 had played with her son once or twice.  They didn't
16 really become friends, I guess, didn't really have a
17 chance.
18    Q   Would you say that your friendship
19 developed through, like, housing?
20    A   I'm not sure when our friendship started.
21 We had talked prior off and on, so I'm not sure at
22 what point we would consider ourselves friends.
23    Q   Okay.  Prior to moving to Randolph, and I
24 am talking about the specific unit on Randolph, had
25 you ever had or experienced any mold in any prior

15 (Pages 54 - 57)

CONFIDENTIAL

Page 58

1 residences?
2    A   Not that I'm aware of.  I know we had some
3 type of damage in our Schertz home, but I'm not sure
4 what the outcome, like what that was claimed the
5 damage was.
6    Q   Tell me what the damage was in the Schertz
7 home.
8    A   It just looked like the wall was messed
9 up, and I made the landlord deal with it.  I said I
10 thought that it was mold, and I never got
11 confirmation.
12    Q   And what is it that was -- I'm just
13 looking for a little more description of when you
14 say the wall was messed up and he dealt with it?
15    A   He had a bunch of contractors come in and
16 take the wall out, and we weren't in the home.  We
17 were in a hotel, so I'm not sure what they called
18 the damages.
19    Q   And how long were you all out of the home
20 and at a hotel?
21    A   I'm not sure exact time frames on that.
22    Q   Okay.  Was it less than a week, more than
23 a week?
24    A   I don't really remember.
25    Q   And when you all were in a hotel, did they

Page 59

1 provide any kind of compensation for meals or
2 anything like that?
3    A   Yes.
4    Q   How much was that?
5    A   I don't remember.
6    Q   Any testing in your Schertz home?
7    A   I'm not sure.
8    Q   Are you aware of any?
9    A   Not that I am aware of.
10    Q   Did y'all move back in?
11    A   I don't remember the time frame of when we
12 were out before living on Randolph, so I don't
13 remember if we transitioned directly from the house
14 off base to the Randolph home or what the gap was.
15    Q   Did you take all of your possessions that
16 were in the Schertz home to the Randolph home?
17    A   Not all.  We threw some away when we move
18 and downsize.
19    Q   Do you remember what you threw away?
20    A   Some furniture, some bedding or clothing,
21 like old sheets and things.
22    Q   And the reason you all threw them away
23 is --
24    A   My children have sensory issues, and we
25 switched their sheets so they could have softer

Page 60

1 sheets, and some of the furniture was just too big
2 to go in Randolph.  It was a lot smaller than our
3 home.
4    Q   Did you ever take any photos of what you
5 believed to be mold in your Schertz -- was it an
6 apartment or home?
7    A   It was a home.
8    Q   Schertz home?
9    A   I don't remember.  I believe I did and
10 sent it to the landlord.  I don't know that I have
11 that now.
12    Q   Have you, since this lawsuit began, looked
13 to see if you have those photos?
14    A   Those specific photos?
15    Q   Yes.
16    A   From living in Schertz?
17    Q   Yes, ma'am.
18    A   No.
19    Q   We would ask that you do that, and I would
20 make a request that those be provided to us if they
21 exist.
22    A   Okay.
23        MS. NEAL:  I don't know that that actually
24 fits within any of your RFP, so if you want to
25 supplement your request, that's fine.

Page 61

1        MS. SKIPPER:  Okay.  Okay.  Understood.  I
2 think there is one, but I will take that comment.
3    Q   (By Ms. Skipper)  Any other prior
4 residence prior to living on base at Randolph that
5 you believe there was mold in any of the residences?
6    A   I know we had a major water leak at
7 Tinker, and under the carpet was dirty.  I don't
8 know what that was.
9    Q   Okay.  And what kind of water leak was it?
10    A   I believe it was from the air
11 conditioning.
12    Q   And how much of the carpet -- you said the
13 carpet was dirty?
14    A   Under the carpet.
15    Q   Okay.  Tell me what that means.
16    A   Where the leak was, they had lifted the
17 carpet, and it was dirty and wet, and I don't know
18 what it was.
19    Q   Did you ever write or complain to housing
20 during your time at Tinker?
21    A   I don't remember if I did.
22    Q   Did housing replace the carpet?
23    A   They did not.
24    Q   What did they do about the wet or dirty
25 carpet?

16 (Pages 58 - 61)

CONFIDENTIAL

1    Q   Okay.
2    A   I don't believe there were outside people.
3 None that I can remember right now.
4    Q   Okay.  Before you moved into Randolph, had
5 you seen any advertising for Randolph Family
6 Housing?
7    A   No.
8    Q   When you moved into the unit, did you
9 believe that it could be lived in?  Did you have any
10 health or safety concerns when you first moved in?
11   A   I believe it could be lived in.  I have
12 opinions on it, but I feel based on what we walked
13 into that it could be livable, yes.
14   Q   You wouldn't have moved your family into
15 something -- your children into something you didn't
16 believe could be lived in, that was a health and
17 safety hazard, right?
18   A   Not knowingly, no.
19   Q   At any point did you believe that the
20 house became uninhabitable?
21   A   Yes.
22   Q   When was that?
23   A   When they pulled the mold out in front of
24 my face and told me it was dirt.
25   Q   Did you ever have your Tinker Air Force

1 Base home tested for mold?
2    A   No.  Not that I remember, sorry.
3    Q   You have a Facebook post related to your
4 Tinker home that said that it had flooded multiple
5 times, and you related your child going to the
6 hospital --
7    A   Yes.
8    Q   -- to the condition of the home at Tinker?
9    A   Yes.
10   Q   Which child was that?
11   A   Gabriel.
12   Q   What health problem did you associate that
13 child having from the Tinker home?
14   A   He had -- he had childhood asthma.  I
15 don't know his current situation on it.  He lives
16 with his father, but at that time he had childhood
17 asthma and environmental allergens.  One of his top
18 allergies is Penicillium.
19   Q   Okay.  So you believe that there was
20 Penicillium in the Tinker home?
21   A   I'm not entirely sure.  I just know that
22 based on his breathing and that water damage, I
23 believe that what we had at that home could have
24 been mold.  I don't know.
25   Q   Do you have any health problems or did you

1 have any health problems that you relate to your
2 home at Tinker?
3    A   I'm not entirely sure of what I would say
4 relates to Tinker specifically.  I did have some
5 health things.  I don't know that any of those are
6 pinpointed on Tinker.
7    Q   How did you make the decision to link
8 something with regard to the house at Randolph to
9 any health issues versus not linking any health
10 issues to Tinker?
11       MS. NEAL:  Objection to form.
12   A   Given what we knew by the testing that we
13 had done in the Randolph home and one of my son's
14 allergens clearly popping up on the test that was
15 done, that's why I relate that issue to Randolph.
16   Q   (By Ms. Skipper)  Did your husband have
17 any health issues that were related to the Tinker
18 home?
19   A   Not that I'm aware of.
20   Q   Any of your other children other than
21 Gabriel?
22   A   Not that I'm aware of.
23   Q   Did you talk with any doctor or medical
24 professional about what you believed to have been
25 mold in your Tinker home?

1    A   I can't recall.
2    Q   Did you go to Command about anything with
3 regard to the Tinker home?
4    A   I can't recall if we did or not.
5    Q   When the house flooded at Tinker those
6 multiple times, did they move you out, or did you
7 stay?
8    A   They did not move us out.  They dried the
9 carpet with fans.
10       (Exhibit 192 marked for identification.)
11   Q   (By Ms. Skipper)  I'm going to show you
12 what we'll mark as the next exhibit as 192, and if
13 you'll just confirm that that is your post that you
14 made on Facebook with regard to your Tinker home.
15   A   Now that I've read it, what was the
16 question again?  I apologize.
17   Q   This is the post and your commentary, and
18 the photo underneath it relates to the Tinker --
19   A   Yes, ma'am.
20   Q   -- housing.  In that first -- I'm sorry,
21 the second paragraph it says -- it relates to the
22 carpet, and it says, "Guess what that was, mold,
23 mold all under that carpet, the same mold that my
24 son is highly allergic to, the same mold that sent
25 him in an ambulance without me, because I had the

65 (Pages 254 - 257)

CONFIDENTIAL

Page 258

1 other kids with me at the same time and they
2 wouldn't let me in." Was there testing in your
3 Tinker home?
4     A    This is written when I was highly
5 emotional, and I did not have testing. This is my
6 gut feeling as an emotional mother trying to protect
7 her child.
8     Q    Okay. And this September 19th was eight
9 years after the original event?
10    A    I'm not sure if it was eight years from
11 the original event or eight years from the time I
12 posted whatever this event was.
13    Q    That's a good clarification. Thank you
14 for that.
15    A    So I would have to look at that original
16 notification to tell you a yes or no on that.
17    Q    Okay. So you posted this September 19th,
18 2020?
19    A    Yes, I believe so. That should have been
20 a 2020.
21    Q    Okay. And you were emotional about what
22 had happened at Tinker, because the post popped up
23 in your memories?
24    A    Yes.
25    Q    And what hospital is it that Gabriel went

Page 259

1 to without you?
2     A    I can't recall which one they took him to.
3     Q    Okay.
4     A    It would be here in Oklahoma. I just
5 don't know which one.
6     Q    Does Tinker have an ER hospital?
7     A    They do not. They did have a clinic. It
8 has since been torn down, so it would have been an
9 off-base provider for that one.
10    Q    And this your KENS 5 story, there's a
11 picture of a little boy. It looks like it's in a
12 hospital bed with some breathing apparatus. Who was
13 the little boy in the bed?
14    A    I don't know which picture you are
15 referring to, so I can't answer, since I have three
16 sons.
17    Q    Okay. It's the only one that appeared --
18 the only son that appeared in the KENS 5 story.
19    A    I'm not sure which one they put in,
20 whether it was one or the other.
21    Q    Okay. Well, we'll watch it --
22    A    Okay.
23    Q    -- and I'll ask those questions again.
24         MS. NEAL: Do you want to take a break?
25         MS. SKIPPER: Yeah, we can.

Page 260

1         (A recess was had from 4:11 to 4:23.)
2     Q    (By Ms. Skipper) I want to talk about --
3 I know we're going to switch gears a little bit just
4 so we can hopefully finish it and not leave a
5 subject kind of in the middle before we break for
6 the day. Your damages that you are being claimed --
7 that are being claimed in this lawsuit are medical,
8 household goods, BAH, items that were purchased.
9 Anything else?
10    A    The money back for the RECP program, the
11 utility money that we had spent to live there.
12    Q    Okay. Let's start there first. The
13 utility money, do we have all of the bills related
14 to any overages you had?
15    A    You should. I'm not sure how that works.
16 Maybe somebody could reach out and get them. I
17 don't have a copy of all the bills.
18    Q    Okay. What is it that you have -- do you
19 have a number that you believe relates to the
20 overages in utilities?
21    A    I don't have --
22         MS. NEAL: Objection, form.
23    A    -- an exact number.
24    Q    (By Ms. Skipper) Do you have the history
25 of your utility payments while at Randolph that we

Page 261

1 could look at and see?
2     A    I don't think that I personally have
3 those, no. I think that that's something we would
4 have to reach out to Minol about.
5     Q    Do you have any out-of-pocket medical
6 expenses for yourself or any of your family members
7 related to this case?
8     A    Just any medicine that I either wasn't
9 able to get on base or just was too inconvenient to
10 drive on base. It couldn't have been more than a
11 few dollars at most. So whatever the Tricare
12 portion is above what we would have spent on base.
13 nothing significant, I guess.
14    Q    Do you have -- I know we talked about an
15 inventory of the things that you left behind. Have
16 you placed a monetary value on each of those items?
17    A    At this time not on each of the items, no.
18    Q    Do you have a total?
19    A    I do not have a complete total, no.
20    Q    What damages to household goods that
21 require further remediation or replacement, what is
22 that speaking to?
23    A    I'm sorry, I didn't understand.
24    Q    So I asked basically for an itemization of
25 damages and a dollar amount, and the response was

66 (Pages 258 - 261)

```
 1                        CERTIFICATE

 2

 3          I, Mary K. Beckham, Certified Shorthand

 4     Reporter, do hereby certify that the above-named KASSANDRA
       WOLF was by me first duly sworn to testify the truth, the
 5     whole truth, and nothing but the truth, in the case

 6     aforesaid; that the above and foregoing deposition

 7     was by me taken in shorthand and thereafter
       transcribed; that the same was taken, pursuant to
 8     stipulations hereinbefore set out; and that I am not
       an attorney for nor relative of any of said parties
 9     or otherwise interested in the event of said action.

10

11          IN WITNESS WHEREOF, I have hereunto set my
       hand and official seal this 31st day of August,
12     2021.

13

14

15

16

17

18                  Mary K. Beckham

19          _____

20          Mary K. Beckham, CSR, RPR

21          CSR No. 01053

22

23

24

25
```

CONFIDENTIAL

Page 288

1            IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TEXAS
2                    SAN ANTONIO DIVISION
3
     MICHAEL J. DANIELS, et al.,
4
                  Plaintiffs,
5
     vs                              No. SA-19-CA-01280-FB
6
     AETC II PRIVATIZED HOUSING,
7    LLC, et al.,
8            Defendants.
9                      CONFIDENTIAL
10            DEPOSITION OF KASSANDRA WOLF
                       DAY 2 OF 2
11           Taken on Behalf of the Defendants
          On August 25, 2021, beginning at 8:38 a.m.
12                  In Tulsa, Oklahoma
13
14                     APPEARANCES
15   Appearing on behalf of the PLAINTIFFS:
16           Jennifer Arlene Neal
             WATTS GUERRA, LLP
17           Four Dominion Drive, Building 3, Suite 100
             San Antonio, Texas 78257
18           210-477-0500
             jneal@wattsguerra.com
19
20   Appearing on behalf of the DEFENDANTS:
21           Jennifer J. Skipper
             BALCH & BINGHAM, LLP
22           188 East Capitol Street, Suite 1400
             Jackson, Mississippi 39201
23           601-961-9900
             jskipper@balch.com
24
     Job No. CS4750228
25   REPORTED BY:  MARY K. BECKHAM, CSR, RPR

CONFIDENTIAL

Page 369

1  from the doctor. You were provided a handout on
2  lower back pain, and you were to start doing daily
3  rehabilitative exercises. Does this help refresh
4  your recollection of a diagnosis of lower back pain
5  in 2010?
6      A   Not specifically. I see that it is. Just
7  not specifically, no.
8          (Exhibit 210 marked for identification.)
9      Q   (By Ms. Skipper) Okay. There were
10  references to you having foot pain for years, which
11  caused swelling and radiating pain from your right
12  hip, and you were diagnosed with sciatica in your
13  right lower extremity. Do you remember that?
14      A   I don't remember the exact diagnosis or
15  when it happened. I remember talking about that
16  with doctors, yes.
17      Q   Okay. And do you still suffer from
18  sciatica pain?
19      A   Here and there, not as much anymore.
20      Q   I have some more questions. I'm trying to
21  get all the medical done first. Have we talked
22  about all of the medical symptoms, claims that you
23  are going to make that you believe are related to
24  living at Randolph?
25          MS. NEAL: Objection, form.

Page 370

1      A   I'm not sure, but we've been over a lot
2  that I feel is pretty sufficient. I don't think
3  there's anything above and beyond that.
4      Q   (By Ms. Skipper) Okay. Let's talk about
5  your children next. I have Gabriel Winchell. What,
6  if anything, are you going to claim in terms of
7  medical that relates -- that you believe relates to
8  him living in the Randolph unit?
9          MS. NEAL: Objection, form.
10      A   Is there a different way you can ask it?
11  It didn't really hit for me.
12      Q   (By Ms. Skipper) Okay. What is it that
13  you believe Gabriel suffered from, had symptoms of,
14  that you believe relates to exposure to mold or any
15  of the issues you believe were in your Randolph
16  house?
17          MS. NEAL: Objection, form.
18      A   For him, I knew that he already had
19  asthma, like childhood asthma. I feel like his
20  symptoms were worse in the home. It's something we
21  discussed with doctors more than one time. He had
22  medicines that he would take. He had times of
23  labored breathing. He had times of just constant,
24  like, almost like a sinus infection, like a just
25  runny nose and cough and sneezing, general or house

Page 371

1  allergy, I'm not sure. It just -- he just felt like
2  junk a lot in the house.
3      Q   Okay.
4      A   The only other thing for him would be just
5  the bug bites and things that he got there.
6      Q   I did go back and look at your statement
7  from the town hall, and you said that CPS got
8  involved with the bug bites?
9      A   I'm not sure if it was CPS. I know it was
10  that advocacy or group or whatever we discussed
11  yesterday, and I don't know the name of who that
12  was, but it was child-type protection or, like, a
13  family advocacy type group.
14      Q   Okay.
15      A   I don't know their name.
16      Q   Okay. So, yes, because we have tried to
17  get the family advocacy records. They require a
18  specific authorization.
19          MS. SKIPPER: I'm going to hand you this,
20  Jenn, and you can obviously discuss with Ms. Wolf,
21  you know, the issues on signing it. But we have not
22  been able to get the family advocacy records that
23  relate to Gabe and the bug bites or anything else
24  that they may have been involved with your family,
25  without a specific authorization giving them to us.

Page 372

1          MS. NEAL: We'll look at it and let you
2  know.
3          MS. SKIPPER: Thank you.
4      Q   (By Ms. Skipper) So I have his symptoms
5  of asthma were worse, you said medicine. Are you
6  saying he took more medicine?
7      A   He wasn't taking as many of his allergy
8  medicines or anything when we were off base. He
9  went back to taking, like, the daily OTC type stuff
10  when we got on base, just had that general ick.
11      Q   Did you ever see a doctor or medical
12  professional that related anything about the home to
13  any of the medical symptoms for Gabriel?
14          MS. NEAL: Objection, form.
15      A   Nothing that I can think of specifically.
16  I know it was an issue that was discussed with one
17  or more doctors.
18      Q   (By Ms. Skipper) Okay. And how did you
19  come to believe that his increased asthma symptoms
20  related to the home?
21      A   Because he actually is allergic to
22  Penicillium --
23      Q   Okay.
24      A   -- based on what his father discussed with
25  me.

22 (Pages 369 - 372)

CONFIDENTIAL

Page 373

1    Q   Okay.  So do you -- so it wasn't testing
2  with you that he has that allergy?
3    A   No, ma'am.
4    Q   Do you have records?
5    A   I don't personally have records, no.
6    Q   So there's -- where would I find those
7  records?
8    A   I would love to tell you that answer.  His
9  father and I have a very jaded past, and he kept me
10 out of the loop on pretty much everything he did
11 when he had my child, so that would be something
12 that I couldn't personally answer.  I don't know how
13 to get the answer.
14   Q   Does he know that his child is part of
15 this lawsuit?
16   A   I don't know.
17   Q   Have you told him?
18   A   I don't know that we specifically have had
19 a conversation about this.
20   Q   Okay.  Well, I mean, there is -- I'm just
21 going to be very candid -- very little medical
22 information on certain ones of your children that
23 you didn't always have custody of, so how am I going
24 to figure out where they had medical -- that was
25 obviously one of the things we asked for on Exhibit

Page 374

1  A to the deposition.  How am I going to figure out
2  where they went to the doctor when they weren't in
3  your care, if you don't have those records?
4    A   I don't know how to obtain that
5  information.  I asked several times to get that type
6  of information, even during my custody case, and he
7  never presented anything for me.  So I don't know
8  how to do that.
9    Q   Can I contact your ex-husband?
10   A   I'm not so much worried about contact for
11 getting information for this.  It's what that
12 contact will start for me, given that relationship,
13 so -- can we maybe get an answer to you on that at
14 another time?
15   Q   Yeah, I mean, that's fine.
16   A   That has serious triggers for me, so if
17 there's a way I can do that that's less brash and in
18 his face, maybe he'll be calmer.  I don't really
19 know.
20   Q   Well, yes, I am at the point that I do
21 need that information, because that is -- that was
22 going to be one of my questions, because you've
23 given several interviews and spoke at town halls
24 about the severe allergy for him, and I have no
25 record of it.

Page 375

1    A   Okay.
2    Q   Okay.  We'll cross that bridge.  Tell me
3  what it means when you say the symptoms -- his
4  asthma symptoms got worse.
5    A   We had to do nebulizers more often at
6  home, so that he could clear his airway.  He had to
7  go into the hospital a couple of times to help get
8  his breathing back to where it should be, get his
9  oxygen and things back.  He just had that general --
10 I know that that's not really helpful, but it was
11 just that general ick, that general, like, runny
12 nose, coughing, sneezing, the post nasal kind of
13 feeling, and so if he would express that to me, I
14 would take him.  It just depends on, you know, when
15 and what was going on.  Just if he would bring it
16 up, we would go.
17   Q   Does Gabe have asthma, exercise-induced
18 asthma?
19   A   I think it was labeled childhood asthma in
20 the beginning.  I don't know if or what that is
21 labeled now.
22   Q   Okay.  When was he first diagnosed with
23 asthma?
24   A   I don't know if that was with me or with
25 his father, so I don't know the answer to that.

Page 376

1    Q   What is the first known diagnosis of
2  asthma in Gabe that you were aware of?
3    A   When we were at Keesler Air Force Base.  I
4  know that we went in a couple of times when we were
5  there, so there should be something, at least at
6  that point.
7    Q   And for his asthma presentation, is it
8  breathing, wheezing, coughing, does he turn blue?
9  What does an asthma attack look like for him?
10   A   I don't remember him ever turning blue.  I
11 know he had extremely labored breathing a couple of
12 times and that -- like the chest sink.
13   Q   Concave chest?
14   A   Yeah, yes.  Just like the gasping, that
15 (noise) trying to catch his breath, and then just
16 the (noise) wheeze feel, the wheeze sound, yeah.
17   Q   Prior to moving to Randolph, was he on any
18 kind of asthma regimen?
19   A   He was off and on throughout his life,
20 depending on which parent he lived with or which
21 doctor we were seeing.  There were times that they
22 had him on, like, Singulair and Zyrtec and Flonase
23 and things like that.  It just varied when and how
24 much and where we were.
25   Q   When y'all were living in Schertz, do you

23 (Pages 373 - 376)

CONFIDENTIAL

1  best not to have pets --
2      A   Not specifically.
3      Q   -- around Gabe?  At this time in 2009 he
4  was given an allergy test.  Was this with you, or
5  was this with his father?
6      A   I don't remember.
7      Q   Okay.  Well, I'll tell you, it's the 81st
8  Medical Group, which is at Keesler, so I'm assuming
9  this was you.  Did your father -- or his father ever
10 come down to Keesler?
11     A   No.
12     Q   Okay.  I'm going to show you his allergy
13 testing.
14         MS. SKIPPER:  We'll mark the June 2009
15 record as 211, and we'll mark the actual allergy
16 testing as 212.
17         (Exhibit 211 and 212 marked for
18 identification.)
19     Q   (By Ms. Skipper)  Just like we did with
20 yours, we'll just go through it.  So you'll see the
21 first one is Alternaria Alternata, which is a mold,
22 and it registered as a .36, which is, as you can
23 tell by the interpretation below, one above absent,
24 which means it's a low level.  Then we have
25 Aspergillus Fumigatus, which is -- which registered

1  as a .44, which is a low level.  Then we have Gray
2  Alder being negative; Ash White being negative;
3  Boxelder tree, negative; Burch, negative;
4  Cladosporium Herbarum, .57, low level; cat dander is
5  greater than a 100, which is a very high level;
6  Cockroaches, negative; cottonwood, negative;
7  Curvularia Lunata, negative; cypress Italian,
8  negative.  The next two are dust mites, negative;
9  Dog Dander, 6.60, which is a high level; elder
10 Marsh, negative; Elm, negative; Firebush, negative.
11 Bahia Grass is .76, which is a moderate level;
12 Bermuda Grass is 1.48, which is also a moderate
13 level; Johnson Grass, .41 is a low level; Rye Grass
14 was negative; Hackberry tree was negative; Hickory
15 was negative; Juniper Mountain was negative; Lambs
16 Quarter, negative; Mesquite Tree, negative; Mugwort
17 was negative; Mulberry was negative; Nettle was
18 negative; Oak was negative; Olive Tree was negative.
19 Penicillium Chrysogenum was negative; Pine White,
20 negative; Plantains, negative; Ragweed, negative;
21 Sheep Sorrel, negative; Sycamore Maple, negative;
22 Russian Thistle, negative; Timothy Grass, negative;
23 Walnut Tree, negative; Cocklebur, negative.  Did I
24 read all those correctly?
25     A   I believe so.

1      Q   So from the allergy screening, his most
2  significant allergy is to cats --
3      A   Okay.
4      Q   -- is that correct?
5      A   Yes.
6      Q   Did you know that?
7      A   No.
8      Q   For the time that he lived at Randolph, he
9  had a tabby cat in the house named Dupey?
10     A   Dupey.
11     Q   Dupey.  Is that correct?
12     A   Yes.
13     Q   He also had a high level reaction to dog
14 dander, and he also had a dog in the house when he
15 lived at Randolph, correct?
16     A   Correct.
17     Q   There was a reference during the time
18 period when housing was trying to get into the home
19 to do the remediation that there were three dogs in
20 the house.  Were there three dogs in the home?
21     A   For a short time, yes.
22     Q   And when was that?
23     A   I can't remember exact dates.  I know we
24 were puppy sitting.
25     Q   What kind of dogs were those?

1      A   I don't know their type.  They were
2  medium-sized dogs.
3      Q   Who were you puppy sitting for?
4      A   A defense contractor, I think, was his
5  job.
6      Q   What's his name?
7      A   David.
8      Q   Last name?
9      A   May I look at my phone to tell you?
10     Q   We can at a break.
11     A   Okay.  I'll get back to you with the name
12 then.
13     Q   Okay.  So do you have any estimate if that
14 was a day, a week, two months that you had these
15 three dogs in the house?
16     A   A couple of weeks, I believe.  Maybe a
17 couple of months.  I don't -- I don't remember the
18 time frame while at Randolph, how long we had them.
19     Q   Did you know he had an allergy to certain
20 grasses?
21     A   Not specifically, no.
22     Q   Did you have any kind of allergy protocol
23 you used inside your home?
24     A   We just vacuumed constantly, changed
25 filters, kept animals out of bedrooms, kept animals

26 (Pages 385 - 388)

CONFIDENTIAL

Page 509

```
1              JURAT
2   MICHAEL J. DANIELS VS AETC II PRIVATIZED HOUSING
3              DAY 2 OF 2
4          JOB FILE NO. 152322
5
6       I, KASSANDRA WOLF, do hereby state under
7   oath that I have read the above and foregoing
8   deposition in its entirety and that the same is a
    full, true and correct transcription of my testimony
9   so given at said time and place, except for the
    corrections noted.
10
11  _____
    Signature of Witness
12
13
14      Subscribed and sworn to before me, the
    undersigned Notary Public in and for the State of
15  Oklahoma by said witness, KASSANDRA WOLF, on this
    _____day of_____, 2021.
16
17
18
19  _____
    NOTARY PUBLIC
20  MY COMMISSION EXPIRES:_____
21
22
23
24
25  Job No. CS4750228
```

Page 511

```
1              ERRATA SHEET
2   MICHAEL J. DANIELS VS AETC II PRIVATIZED HOUSING
3          DEPOSITION OF KASSANDRA WOLF
4              DAY 2 OF 2
5       REPORTED BY: MARY K. BECKHAM, CSR RPR
6       DATE DEPOSITION TAKEN: AUGUST 25, 2021
7          JOB FILE NO. 152322
8   PAGE  LINE  IS              SHOULD BE
9   ____  ____  _____  _____
10  ____  ____  _____  _____
11  ____  ____  _____  _____
12  ____  ____  _____  _____
13  ____  ____  _____  _____
14  ____  ____  _____  _____
15  ____  ____  _____  _____
16  ____  ____  _____  _____
17  ____  ____  _____  _____
18  ____  ____  _____  _____
19  ____  ____  _____  _____
20  ____  ____  _____  _____
21  ____  ____  _____  _____
22  ____  ____  _____  _____
23  ____  ____  _____  _____
24  ____  ____  _____  _____
25  ____  ____  _____  _____
```

Page 510

```
1              ERRATA SHEET
2   MICHAEL J. DANIELS VS AETC II PRIVATIZED HOUSING
3          DEPOSITION OF KASSANDRA WOLF
4              DAY 1 OF 2
5       REPORTED BY: MARY K. BECKHAM, CSR RPR
6       DATE DEPOSITION TAKEN: AUGUST 24, 2021
7          JOB FILE NO. 152332
8   PAGE  LINE  IS              SHOULD BE
9   ____  ____  _____  _____
10  ____  ____  _____  _____
11  ____  ____  _____  _____
12  ____  ____  _____  _____
13  ____  ____  _____  _____
14  ____  ____  _____  _____
15  ____  ____  _____  _____
16  ____  ____  _____  _____
17  ____  ____  _____  _____
18  ____  ____  _____  _____
19  ____  ____  _____  _____
20  ____  ____  _____  _____
21  ____  ____  _____  _____
22  ____  ____  _____  _____
23  ____  ____  _____  _____
24  ____  ____  _____  _____
25  ____  ____  _____  _____
```

Page 512

```
1              CERTIFICATE
2
3       I, Mary K. Beckham, Certified Shorthand
4   Reporter, do hereby certify that the above-named KASSANDRA
    WOLF was by me first duly sworn to testify the truth, the
5   whole truth, and nothing but the truth, in the case
    aforesaid; that the above and foregoing deposition
7   was by me taken in shorthand and thereafter
    transcribed; that the same was taken, pursuant to
8   stipulations hereinbefore set out; and that I am not
    an attorney for nor relative of any of said parties
9   or otherwise interested in the event of said action.
10
11      IN WITNESS WHEREOF, I have hereunto set my
    hand and official seal this 31st day of August,
12  2021.
13
14
15
16
17
18
19  Mary K. Beckham
20  Mary K. Beckham, CSR, RPR
21  CSR No. 01053
22
23
24
25
```

57 (Pages 509 - 512)