CONFIDENTIAL

Page 1

1          UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TEXAS
2              SAN ANTONIO DIVISION
3  MICHAEL J. DANIELS, ET AL.  ()
                               ()
4       Plaintiffs             ()
                               ()
5  VS.                         ()   CIVIL ACTION NO.
                               ()   SA-19-CA-01280-FB
6                              ()
   AETC II PRIVATIZED          ()
7  HOUSING, LLC, ET AL.        ()
                               ()
8       Defendants             ()
9
          ---------------------------------------
10             ORAL DEPOSITION OF
                 MEGAN KONZEN
11               CONFIDENTIAL
                April 20, 2022
12        ---------------------------------------
13
14          ORAL DEPOSITION of MEGAN KONZEN, produced as a
15  witness at the instance of the Defendants, and duly
16  sworn, was taken in the above-styled and numbered cause
17  on the 20th day of April, 2022, from 9:23 a.m. to 5:32
18  p.m. before Catalina Kerr, CSR, RPR, CRR, in and for the
19  State of Texas, reported by machine shorthand, pursuant
20  to the Federal Rules of Civil Procedure and the
21  provisions stated on the record or attached hereto.
22
23
24                              ┌─────────────┐
                                │  EXHIBIT    │
25  Job No. CS5189233           │     9       │
                                └─────────────┘

CONFIDENTIAL

Page 114

1 that was open.
2    Q. Was it you by yourself or were you with your
3 group?
4    A. At times, I was by myself, and at times, I was
5 with the group.
6    Q. Is there any kind of log or notations of who
7 all you met with and what was said?
8    A. Not that I'm aware of.
9    Q. Have you been back to visit any of the
10 congressional offices since February 2019?
11    A. I have.
12    Q. And when was that?
13    A. With my attorney. I don't remember the exact
14 date.
15    Q. Which attorney?
16    A. Jim Moriarty.
17    Q. What year?
18    A. 2019.
19    Q. So February 2019 was the first congressional
20 hearing?
21    A. We filed our lawsuit in September of 2019.
22    Q. November?
23    A. November? September. I believe I went in
24 October or November with Jim Moriarty to Washington,
25 D.C., of 2019.

Page 115

1    Q. Was it just you and Mr. Moriarty?
2    A. My husband accompanied us as well.
3    Q. Any other plaintiffs?
4    A. No.
5    Q. And why was it just you and Mr. Moriarty?
6    A. We were -- there were discussions about the --
7 the NDAA, which is the National Defense Authorization
8 Act, including the tenant bill of rights, and we were
9 there lobbying certain rights that we felt were
10 important for military families to have.
11    Q. And who did you visit with? What offices?
12    A. I don't remember exactly.
13    Q. Okay. Did you have a schedule?
14    A. I -- I didn't, no. I wasn't provided -- I
15 mean, I met up with them, and then I followed them, and
16 it wasn't just Jim. There were other attorneys from
17 other law firms, so they also met with people. It was
18 kind of a thing.
19    Q. Do you know the names of any of the other
20 attorneys?
21    A. Last name is Gross, Anthony, Andrew, Andy,
22 something like that, and I'm not entirely sure.
23    Q. Did you say Gloss or --
24    A. Gross, G-R-O-S-S.
25    Q. Okay. How many meetings did you have?

Page 116

1    A. Probably -- I'm estimating six.
2    Q. And how long were you in D.C.?
3    A. I think just two days.
4    Q. And who paid for the trip?
5    A. Jim Moriarty.
6    Q. What, specifically, did you tell any of the
7 people that were in the meeting?
8    A. I talked about the importance of military
9 families having rights and the ability to have some
10 level of control over their relationship with military
11 housing.
12    Q. Did you provide any kind of written material to
13 anyone you met with?
14    A. No, ma'am. Oh, sorry. Let me correct. There
15 was a mold pamphlet that Laughlin -- I think Laughlin
16 Medical Center had created, you know, like an
17 infographic for mold, and I provided that to one of the
18 -- one of the congressional members.
19    Q. And when did you get the Laughlin infographic?
20    A. One of the times I went to the doctor and saw
21 it sitting on the table.
22    Q. Have you had any kind of written conversations,
23 correspondences with any congressional office?
24    A. I have.
25    Q. Okay. And is it about -- were those

Page 117

1 correspondences about military housing and your
2 experience at Laughlin?
3    A. Not about military housing. About my
4 experience with the military.
5    Q. Specific to housing or specific to something
6 else?
7    A. Specific to something else.
8    Q. What was that?
9    A. HIPAA -- HIPAA violations.
10    Q. And what office were you talking with?
11    A. I don't remember. I also would like to
12 correct. I also spoke with -- the House Armed Services
13 Committee has secretaries dedicated not to one specific
14 congressional member but the committee itself. I spoke
15 with those individuals. There was -- it wasn't
16 necessarily like an interview process, but they -- they
17 spoke with each of the families prior to us testifying,
18 so I spoke with them, I think, both via email and over
19 the phone.
20    Q. Is there any particular reason why those emails
21 have not been provided?
22    A. I provided my attorneys everything.
23    Q. So any -- so anything that you would have had
24 conversations with, congressional members, committee
25 members, or otherwise, has already been saved and

30 (Pages 114 - 117)

CONFIDENTIAL

Page 258

```
1          CHANGES AND SIGNATURE
2   WITNESS NAME:  MEGAN KONZEN
3   DEPOSITION DATE:  April 20, 2022
4   PAGE LINE  CHANGE OR CORRECTION     REASON FOR CHANGE
5   ___ - ___ -_____  _____
6   ___ - ___ -_____  _____
7   ___ - ___ -_____  _____
8   ___ - ___ -_____  _____
9   ___ - ___ -_____  _____
10  ___ - ___ -_____  _____
11  ___ - ___ -_____  _____
12  ___ - ___ -_____  _____
13  ___ - ___ -_____  _____
14  ___ - ___ -_____  _____
15  ___ - ___ -_____  _____
16  ___ - ___ -_____  _____
17  ___ - ___ -_____  _____
18  ___ - ___ -_____  _____
19  ___ - ___ -_____  _____
20  ___ - ___ -_____  _____
21  ___ - ___ -_____  _____
22  ___ - ___ -_____  _____
23  ___ - ___ -_____  _____
24  ___ - ___ -_____  _____
25  ___ - ___ -_____  _____
```

Page 260

```
1          UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TEXAS
2              SAN ANTONIO DIVISION
3   MICHAEL J. DANIELS, ET AL.  ()
                                ()
4      Plaintiffs              ()
                                ()
5   VS.              ()  CIVIL ACTION NO.
                     ()  SA-19-CA-01280-FB
6                    ()
    AETC II PRIVATIZED      ()
7   HOUSING, LLC, ET AL.    ()
                            ()
8      Defendants          ()
9
        REPORTER'S CERTIFICATION
10    ORAL DEPOSITION OF MEGAN KONZEN
           April 20, 2022
11
      I, Catalina Kerr, Certified Shorthand Reporter in
12  and for the State of Texas, hereby certify to the
    following:
13
        That the witness, MEGAN KONZEN, was duly sworn by
14  the officer and that the transcript of the oral
    deposition is a true record of the testimony given by
15  the witness:
16      I further certify that pursuant to FRCP Rule
    30(f)(1) that the signature of the deponent:
17
        _X_ was requested by the deponent or a party before
18  the completion of the deposition and that the signature
    is to be before any notary public and returned within 30
19  days from date of receipt of the transcript.  If
    returned, the attached Changes and Signature Page
20  contains any changes and the reasons therefor;
21      ___ was not requested by the deponent or a party
    before the completion of the deposition.
22
        I further certify that I am neither counsel for,
23  related to, nor employed by any of the parties or
    attorney in the action in which this proceeding was
24  taken, and further that I am not financially or
    otherwise interested in the outcome of the action.
25
```

Page 259

```
1       I, MEGAN KONZEN, have read the foregoing deposition
2   and hereby affix my signature that the same is true and
3   correct, except as noted above.
4
5       _____
6       MEGAN KONZEN
7
8
9   THE STATE OF _____ )
10  COUNTY OF _____ )
11      Before me, _____, on this day
12  personally appeared MEGAN KONZEN known to me or proved
13  to me under oath through _____ (description of
14  identity card or other document) to be the person whose
15  name is subscribed to the foregoing instrument
16  acknowledged to me that he/she executed the same for the
17  purposes and consideration therein expressed.
18      Given under my hand and seal of office this ___
19  day of _____, _____.
20
21      _____
22      Notary Public
23      My Commission Expires:  _____
24
25
```

Page 261

```
1       Certified by me this 29th day of
    April, 2022.
2
3
4
5   [signature]
6   Catalina Kerr CSR No. 2755, RPR, CRR
    Expiration Date:  1/31/24
7   VERITEXT LEGAL SOLUTIONS
    Firm Registration No. 571
8   300 Throckmorton Street, Suite 1600
    Fort Worth, Texas  76102
9   (817) 336-3042
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

66 (Pages 258 - 261)