# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL J. DANIELS, et al. | § | |
|    *Plaintiffs* | § | |
| | § | |
| v. | § | Cause No. SA-19-CA-01280-FB-RBF |
| | § | |
| AETC II PRIVATIZED HOUSING, LLC, ET AL. | § | |
|    *Defendants* | § | |

## PLAINTIFFS' NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION TO WITHDRAW [DKT. 236]

Plaintiffs hereby provide notice of their non-opposition to Defendants Motion to Withdraw in Response to Order 225 [Dkt. 236] ("Motion"). Plaintiffs note, however, that Defendants' proposed order incorrectly characterizes the Motion as a joint motion. *See* Dkt. 236-2 ("the Parties' Motion to Withdraw"). Defendants did not confer with Plaintiffs prior to filing the Motion. To be clear, Plaintiffs are not opposed to the withdrawal of the Motion to File Under Seal [Dkt. 225] and incorporation of the referenced documents into the appendices to Defendants' Motion to Compel Production of Certain Electronic Discovery [Dkt. 224]. Although Plaintiffs do not oppose the Motion, Plaintiffs request that any order regarding the Motion properly indicate that the Motion is Defendants' motion and not a joint motion.

Respectfully submitted,

By: */s/ Ryan C. Reed*
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile
Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
Ryan C. Reed

Texas State Bar No. 24065957
rreed@pulmanlaw.com

**WATTS GUERRA LLP**
Mikal C. Watts
Texas State Bar No. 20981820
mcwatts@wattsguerra.com
Francisco Guerra, IV.
Texas State Bar No. 00796684
fguerra@wattsguerra.com
Robert Brzezinski
Texas State Bar No. 00783746
rbrzezinski@wattsguerra.com
Jennifer A. Neal
Texas State Bar No. 24089834
jneal@wattsguerra.com
4 Dominion Dr., Bldg. 3, Suite 100
San Antonio, TX 78257
(210) 447-0500 Telephone
(210) 447-0501 Facsimile

**MORIARTY SKIVER PLLC**
James. R. Moriarty
Texas State Bar No. 14459000
jim@moriarty.com
4119 Montrose, Suite 250
Houston, Texas 77006
(713) 528-0700 Telephone
(713) 528-1390 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of June, 2022, a true and correct copy of the foregoing document was filed with the Court's ECF system and was served via electronic mail on counsel for Defendants.

／s/ Jennifer A. Neal
Jennifer A. Neal