IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MICHAEL J. DANIELS, et al.<br>*Plaintiffs*<br><br>v.<br><br>AETC II PRIVATIZED HOUSING, LLC, ET AL.<br><br>*Defendants* | §<br>§<br>§<br>§  Cause No. SA-19-CA-01280-FB<br>§<br>§<br>§<br>§ |

**PLAINTIFFS' NOTICE OF DEPOSITION OF CORPORATE REPRESENTATIVE(S) OF AETC II PRIVATIZED HOUSING, LLC AND AETC II PROPERTY MANAGERS, LLC PURSUANT TO RULE 30(b)(6)**

**TO:**   Walter H. Boone & Jennifer J. Skipper
BALCH & BINGHAM, LLP
188 East Capitol Street, Suite 1400
Jackson, Mississippi 39201
and
Julia W. Mann & Erica Benites Giese
JACKSON WALKER, LLP
112 E. Pecan Street, Suite 2400
San Antonio, Texas 78205

*Attorneys for Defendants*

**PLEASE TAKE NOTICE** that, on June 22, 2022, commencing at 9 a.m., Plaintiffs in the above-captioned case will take the deposition of the corporate representative(s) of Defendants AETC II Privatized Housing, LLC and AETC II Property Managers, LLC, by and through their duly designated officers, directors, agents or other representatives who shall be designated to testify on Defendants' behalf regarding all information known or reasonably available to them with respect to the subject matters identified in ***Exhibit A***.

The deposition will be conducted by remote audio-visual means arranged by and through Kim Tindall & Associates, court reporters.

**EXHIBIT 1**

Plaintiffs request that Defendants provide written notice at least three (3) calendar days before the deposition of the name(s), office(s) held, and employment position(s) of the individual(s) designated to testify on Defendants' behalf.

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendants' designated representative(s) are requested to produce the following documents at the deposition:

1.) Current Resume or CV;

2.) All documents reviewed by the deponent in preparing for the deposition; and

3.) All documents prepared by the deponent in preparing for the deposition.

Respectfully submitted,

**PULMAN, CAPPUCCIO & PULLEN, LLP**
By: */s/ Ryan C. Reed*
    Ryan C. Reed
    Texas State Bar No. 24065957
    rreed@pulmanlaw.com
    Randall A. Pulman
    Texas State Bar No. 16393250
    rpulman@pulmanlaw.com
    2161 NW Military Highway, Suite 400
    San Antonio, Texas 78213
    (210) 222-9494 Telephone
    (210) 892-1610 Facsimile

**WATTS GUERRA LLP**
Mikal C. Watts
Texas State Bar No. 20981820
mcwatts@wattsguerra.com
Francisco Guerra, IV
Texas State Bar No. 00796684
fguerra@wattsguerra.com
Robert Brzezinski
Texas State Bar No. 00783746
rbrzezinski@wattsguerra.com
Jennifer Neal

– 3 –

        Texas State Bar No. 24089834
        jneal@wattsguerra.com
        4 Dominion Drive
        Bldg. 3, Suite 100
        San Antonio, Texas 78257
        (210) 447-0500 Telephone
        (210) 447-0501 Facsimile

        **MORIARTY SKIVER**
        James. R. Moriarty
        Texas State Bar No. 14459000
        jim@moriarty.com
        4119 Montrose, Suite 250
        Houston, Texas 77006
        (713) 528-0700 Telephone
        (713) 528-1390 Facsimile

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of May, 2022, a true and correct copy of the foregoing document was filed with the Court's ECF system and was served via electronic mail on counsel for Defendants.

| | |
|---|---|
| Walter Boone | Julia W. Mann |
| Jennifer Skipper | Erica Benites Giese |
| BALCH & BINGHAM LLP | JACKSON WALKER LLP |
| 1888 East Capitol Street, Suite 1400 | 112 E. Pecan Street, Suite 2400 |
| Jackson, Mississippi 39201 | San Antonio, Texas 78205 |

                                              */s/ Ryan C. Reed*
                                              Ryan C. Reed

– 4 –

## Exhibit A

1) Organizational structure of Defendants, including the roles and duties of Defendants and their employees.

2) Lease agreements with Plaintiffs and any alleged conversations or discussions with the Plaintiffs concerning said lease agreements.

3) Maintenance and known issues with the Randolph and Laughlin AFB houses managed by Defendants during the tenure of their contract with the United States Air Force.

4) Defendants' use of the Yardi system.

5) Maintenance standards applicable to housing at Randolph and Laughlin AFB during the tenure of Defendants' contract at each respective base.

6) Accounting of Revenues from rents Defendants received for housing at Randolph and Laughlin AFB.

7) Job responsibilities of persons employed by Defendants at Randolph and Laughlin AFB.

8) Mold remediation standards applicable to housing at Randolph and Laughlin AFB.

9) Air quality, mold, moisture, or structural testing done by or at the behest of Defendants at any Randolph or Laughlin AFB home.

10) The history of, creation of, scope of, implementation of, and current status of the "Humidity Pilot Program" or the "Dehumidification Project" at Randolph and Laughlin AFB.