**DEFENDANTS' MOTION TO FILE UNDER SEAL**

Defendants will file these documents under seal, pursuant to the Confidentiality and Protective Order filed in this case.

**EXHIBIT 15**