# Proposal

Page No. of Pages

ALL SERVICE
AIR CONDITIONING & HEATING INC.
814 MAIN STREET, SUITE B • SCHERTZ, TX 78154
TACLB #011027E
(210) 657-4776 FAX (210) 659-4933
allservice@allserviceac1.com

| PROPOSAL SUBMITTED TO | PHONE | DATE |
|---|---|---|
| RANDOLPH FAMILY HOUSING | (210) 659-9061 | 3/20/19 |
| STREET | JOB NAME | |
| | DEHUMIDIFIER FOR UPSTAIR | |
| CITY, STATE and ZIP CODE | JOB LOCATION | |
| | UNITS | |
| CONTACT / DATE OF PLANS | FAX # | JOB PHONE |
| AUDRA | | |

We hereby submit specifications and estimates for:

FOR HOUSES THAT HAVE UPSTAIRS EQUIPMENT IN CLOSET, DEHUMIDIFIER WILL BE INSTALLED IN THE ATTIC. WE WILL HAVE TO MAKE ATTIC ACCESS BIGGER IN THE CLOSET TO GET DEHUMIDIFIER IN THE ATTIC. INSTALL AUX DRAIN PAN + FLOAT SWITCH, INSTALL PVC DRAIN, INSTALL ALL DUCT WORK NEEDED FOR DEHUMIDIFIER, INSTALL HUMIDISTAT, RUN ELECTRIC AS NEEDED FOR HUMIDIFIER. INSTALLING BACK DRAFT DAMPERS THAT ARE NEEDED.

4565.00

We Propose hereby to furnish material and labor – complete in accordance with above specifications, for the sum of:

dollars ($ ).

Payment to be made as follows:

UPON COMPLETION OF JOB

All material is guaranteed to be as specified. All work to be complete in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado, and other necessary insurance. Our workers are fully covered by Workman's Compensation Insurance.

Authorized Signature: [signature]

Note: This proposal may be withdrawn by us if not accepted within 30 days.

**Acceptance of Proposal** – The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Signature ______________________

Date of Acceptance: ______________________

Signature ______________________

Regulated by the Texas Dept. of Licensing & Regulation, P.O. Box 12157, Austin TX 78711, 1-800-803-9202/512-463-6599, www.license.state.tx.us

EXHIBIT
A to Knight Declaration

# Proposal

Page No. of Pages

**ALL SERVICE**
AIR CONDITIONING & HEATING INC.
814 MAIN STREET, SUITE B • SCHERTZ, TX 78154
TACLB #011027E
(210) 657-4776 FAX (210) 659-4933
allservice@allserviceac1.com

| | | | |
|---|---|---|---|
| PROPOSAL SUBMITTED TO: RANDOLPH FAMILY HOUSING | | PHONE: (210) 659-9061 | DATE: 3/20/19 |
| STREET | | JOB NAME: DEHUMIDIFIER FOR DOWNSTAIR | |
| CITY, STATE and ZIP CODE | | JOB LOCATION: UNITS. | |
| CONTACT: AUDRA | DATE OF PLANS | FAX # | JOB PHONE |

We hereby submit specifications and estimates for:

FOR HOUSES THAT HAVE DOWNSTAIR UNITS AND IF DEHUMIDIFIER CALL BE INSTALLED DOWNSTAIR IN THE CLOSET. INSTALL DEHUMIDIFIER, HUMIDISTAT, PVC DRAIN, DUCT WORK NEEDED FOR INSTALL, RUN ELECTRIC, INSTALL BACK DRAFT DAMPERS THAT ARE NEEDED. WILL HAVE TO REMOVE WATER HEATER TO INSTALL DEHUMIDIFIER IF IT WILL FIT. IF NOT THE IT WOULD HAVE TO BE INSTALLED UPSTAIRS IN THE ATTIC.

4,450.00

**We Propose** hereby to furnish material and labor – complete in accordance with above specifications, for the sum of:

dollars ($ ).

Payment to be made as follows:

UPON COMPLETION OF JOB

All material is guaranteed to be as specified. All work to be complete in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado, and other necessary insurance. Our workers are fully covered by Workman's Compensation Insurance.

Authorized Signature: Wyatt Moore

Note: This proposal may be withdrawn by us if not accepted within 30 days.

**Acceptance of Proposal** – The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Signature ______

Date of Acceptance: ______

Signature ______

Regulated by the Texas Dept. of Licensing & Regulation, P.O. Box 12157, Austin TX 78711, 1-800-803-9202/512-463-6599, www.license.state.tx.us

# Proposal

Page No. of Pages

ALL SERVICE
AIR CONDITIONING & HEATING INC.
814 MAIN STREET, SUITE B • SCHERTZ, TX 78154
TACLB #011027E
(210) 657-4776 FAX (210) 659-4933
allservice@allserviceac1.com

| | | | |
|---|---|---|---|
| PROPOSAL SUBMITTED TO: RANDOLPH FAMILY HOUSING | | PHONE: (210) 659-9061 | DATE: 3/20/19 |
| STREET | | JOB NAME: RETURN AIR GRILLS FOR | |
| CITY, STATE and ZIP CODE | | JOB LOCATION: UPSTAIR UNITS, OR DOWNSTAIRS | |
| CONTACT: AUDRA | DATE OF PLANS | FAX #: UNITS. | JOB PHONE |

We hereby submit specifications and estimates for:

INSTALLING A NEW RETURN AIR GRILL IF NEEDED AND SEALING UNDER PLATFORM IF NEEDED. (UPSTAIRS)

500.00

INSTALLING A NEW RETURN AIR GRILL IF NEEDED FOR DOWNSTAIR UNITS.

175.00

We Propose hereby to furnish material and labor – complete in accordance with above specifications, for the sum of:

dollars ($ ).

Payment to be made as follows:

UPON COMPLETION OF JOB

All material is guaranteed to be as specified. All work to be complete in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado, and other necessary insurance. Our workers are fully covered by Workman's Compensation Insurance.

Authorized Signature: Wyatt Moore

Note: This proposal may be withdrawn by us if not accepted within 30 days.

**Acceptance of Proposal** – The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Signature ____________________

Date of Acceptance: ____________________

Signature ____________________

Regulated by the Texas Dept. of Licensing & Regulation, P.O. Box 12157, Austin TX 78711, 1-800-803-9202/512-463-6599, www.license.state.tx.us