

**DEPARTMENT OF THE AIR FORCE**
WASHINGTON DC 20330-1000

SAF/IEI
1665 Air Force Pentagon
Washington, DC  20330

Hunt Military Communities
Attn:  Mr. Gregory S. Raap
5173 Nimitz Rd
Honolulu, HI  96818

Dear Mr. Raap:

The Air Force has reviewed the disbursement request of AETC Group II Reinvestment Account (RIA) funds (Attachment 1) to complete health and life-safety (HLS) capital projects listed in the Project Owner's Reinvestment Account Request Letter (Attachment 2).  The Project Owner proposes to complete the prioritized HLS capital projects for approximately $1.5M from RIA funding.

The Air Force hereby approves the Project Owner's request for disbursement of a total amount not to exceed $1,500,000.00 with the following conditions:

a. The Project Owner will submit detailed technical packages for each HLS capital project to AFCEC/CIMP for review and approval of the notice to proceed.

b. The Project Owner shall provide invoices to the Air Force prior to every draw with a detailed cost breakdown of draw amounts pertaining to applicable work completed.  Specifically, draw information shall include:  (1) a copy of the Disbursement Request submitted to the Lockbox Agent, together with required certifications, (2) copies of any invoices for portions of work completed, and (3) if applicable, copies of executed lien waivers and releases, and bills paid affidavits from contractors performing any portion of the scope of work.

c. The Project Owner agrees that payments provided will represent actual costs incurred in performance of Air Force-approved scope of work and that there is transparency into actual costs incurred.  The Project Owner agrees to share such actual cost information with the Air Force upon request.

d. All change orders and/or scope changes that increase the costs, reallocate funds within the HLS capital projects or materially change the scope of the HLS capital projects must be properly vetted and approved by the Air Force.

e. In accordance with Section 5.08 of the Lockbox Agreement, any surplus funds held in the Project Operations Subaccount of the Construction Escrow Account shall be transferred by the Lockbox Agent to the Reinvestment Account.

**EXHIBIT**
H to Knight Declaration

    f.  Any window replacement using this funding must incorporate Window Fall Protection to meet Evans Law standards for any window with an interior sill height of 42" or less and an exterior sill height of 72" or greater.

Please refer any questions to Mr. Walt Graves (AFCEC/CIMP), at walter.graves.3@us.af.mil or at (210) 819-0886.

Sincerely,

MORIARTY.ROBERT.E.1013267584
Digitally signed by MORIARTY.ROBERT.E.1013267584
Date: 2021.09.16 11:58:03 -04'00'

ROBERT E. MORIARTY, P.E, SES
Deputy Assistant Secretary of the Air Force
(Installations)

Attachments:
1. AETC II Reinvestment Account Disbursement Request Form
2. Hunt Reinvestment Account Request Letter

2