**DISBURSEMENT REQUEST FORM**
(Not from Construction Escrow Account)

Disbursement Request
July 30, 2021

The undersigned, AETC Privatized Housing, LLC submits this Disbursement Request to the Lockbox Agent, pursuant to Section 5.08 of the Lockbox Agreement, dated as of October 5, 2007, by and among AETC Privatized Housing LLC, a Deleware limited liability company, as the Project Owner, the Secretary of the Air Force, as the Government, Guggenheim Loan Servicing Company, LLC (as Assignee of Jefferies Mortgage Finance, Inc., assignee of Capmark Finance, Inc.), as the Lockbox Agent, and others, and hereby certifies and represents:

REQUISITION NUMBER:   Reinvestment Account (LB 5.08)

ORIGINATING ACCOUNT NUMBER:   Bank: Wells Fargo
Bank ABA Number: ▮
Account Number: ▮

DESTINATION ACCOUNT NUMBER:   Bank: Wells Fargo
Bank ABA Number: ▮
Account Number: ▮

AMOUNT OF DISBURSEMENT:

| Description | Amount |
|---|---|
| Randolph Humidity Project | $ 1,000,000.00 |
| ▮ - Roofs | $ 150,000.00 |
| ▮ HVAC Replacement | $ 46,000.00 |
| ▮ Tree Trimming/Removal | $ 30,000.00 |
| ▮ - Windows | $ 100,000.00 |
| ▮ Playground Mulch | $ 20,000.00 |
| ▮ Basement Water | $ 25,000.00 |
| ▮ Exterior Paint | $ 54,000.00 |
| ▮ Windows | $ 60,000.00 |
| ▮ Playgrounds | $ 15,000.00 |
| **Total Amount of Disbursement** | **$ 1,500,000.00** |

AETC Privatized Housing, LLC, a Delaware limited liability company

By: AETC Family Housing LLC, a Delaware limited liability company, a Managing Member

    By: Hunt ELP, Ltd., a Texas limited partnership, Member

        By: HP GP LLC, a Nevada limited liability company, Managing General Partner

            By: _/s/ Greg Raap_
            Greg Raap, Vice President

CONSENTED TO BY:
Guggenheim Loan Servicing Company, LLC (as Assignee of Jefferies Mortgage Finance, Inc., assignee of Capmark Finance, Inc.) as the Lockbox Agent

By: _____

Name: _____

Title: _____

Government Representative:

By: MORIARTY.ROBERT.E.1013267584
Digitally signed by MORIARTY.ROBERT.E.1013267584
Date: 2021.09.16 12:04:28 -04'00'

Name: ROBERT E. MORIARTY, P.E, SES

Title: Deputy Assistant Secretary of the Air Force (Installations)

**EXHIBIT**
**I to Knight Declaration**

Page 1 of 1

AETC - Gen05-001422