CONFIDENTIAL

Page 1

1          IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TEXAS
2                   SAN ANTONIO DIVISION
3    MICHAEL J. DANIELS,    )(
     ET AL                  )(
4                           )(
     VS.                    )( CASE NO. SA-19-CA-01280-FB
5                           )(
     AETC II PRIVATIZED     )(
6    HOUSING, LLC, ET AL    )(
7    ********************************************************
                         CONFIDENTIAL
8                    ORAL DEPOSITION OF
9                       SARAH KLINE
10                       VOLUME 1
11                    October 14, 2021
12   ********************************************************
13      Job No. CS4826586
14            ORAL DEPOSITION OF SARAH KLINE,
15   produced as a witness at the instance of the
16   Defendants, and duly sworn, was taken in the
17   above-styled and numbered cause on the 14th day of
18   October, 2021, from 8:52 a.m. to 5:29 p.m., before
19   STEPHANIE DAVIS, CSR, in and for the State of Texas,
20   reported by oral stenograph, at the offices of Pulman,
21   Cappuccio & Pullen, LLP, 2161 Northwest Military
22   Highway, Suite 400, San Antonio, Texas, pursuant to
23   the Federal Rules of Civil Procedure and the
24   provisions stated on the record or attached herein.
25

**EXHIBIT 5**

Veritext Legal Solutions
800-567-8658                                      973-410-4098

CONFIDENTIAL

Page 61

```
 1       A.   I believe he was outside too, loading his
 2   car for a family trip.
 3       Q.   And what did you have -- what did you talk
 4   to him about?
 5       A.   I told him that that home, when we lived in
 6   it, made us sick.  After discussing the issues that we
 7   had in the home, he said, Do you want to come inside
 8   and look?  I said, please.  He let us come and look
 9   around.  Gave him my phone number and name and a tape
10   lift that he could do himself if he ever felt the
11   need.  He also told me about how they were having
12   issues with the humidification system that had been
13   installed after the dehumidification project.  And
14   that even with privately-owned dehumidifiers running,
15   they were still having issues keeping the humidity
16   below 55 percent in the home.
17       Q.   Has he contacted you since that time?
18       A.   No.
19       Q.   Do you know that name of either the resident
20   that you visited with at your old address or the
21   Vinales's old address?
22       A.   No.
23       Q.   Did you provide the person at the Vinales's
24   old address your contact information?
25       A.   I believe I provided her Becky's contact
```