

ONE MISSION. ONE COMMUNITY.

LAUGHLIN FAMILY HOUSING
8550 Edwards Street Del Rio, TX 78840
huntmilitarycommunities.com

April 26, 2019

2nd LT Lance Konzen
9126 Brown Street
Laughlin AFB
Del Rio, Texas 78840

Dear 2nd LT Konzen:

This letter responds on behalf of AETC II Privatized Housing, LLC and Laughlin Family Housing (collectively, "Hunt") to your Demand for Payment dated March 11, 2019 regarding your residence at 9126 Brown Street. We appreciate your understanding as we carefully considered the claims in your letter and reviewed all of the information regarding the actions Hunt has taken with respect to your residence and in response to your medical concerns.

First, we would like to express again our sympathy regarding Mrs. Konzen's medical concerns, and the impact that must have had on your family. We hope that you and your wife are able to find a positive and lasting solution to those concerns very soon.

As you requested, we have considered your March 11 letter and want to provide you with this complete response to the issues you raise.

With respect to maintenance and care of the HVAC system and moisture/mold remediation in your home, Hunt has taken the following steps since the first reported mold-related concern:

- Hunt's maintenance team responded promptly after you submitted the initial mold-related service request on or around November 10, 2018. Hunt's maintenance inspection was performed the same day and identified dust buildup and suspect mold in the HVAC mechanical room equipment and on several interior HVAC registers. We attempted to schedule an HVAC cleaning but were refused access until you had a different inspector of your choosing (Aladdin) perform an assessment.

- On November 16 you provided a copy of Aladdin's report for an inspection performed on November 14. The Aladdin report confirmed the maintenance inspection findings regarding dust buildup and suspect mold and recommended an HVAC cleaning. Aladdin also performed airborne mold spore testing, which showed that indoor levels were lower than outdoor levels.

- On November 26, 2018, we had Quality Carpet and Duct Cleaning complete the HVAC system cleaning, and re-sealed some gaps between the HVAC ducting and drywall at some registers to help prevent condensation on the registers during humid weather. The Hunt maintenance team and corporate environmental staff verified that the work was completed and there were no further maintenance issues at that time.

- The second mold-related service request was received from you on or about January 29, 2019, when you reported that mold growth had started to re-occur on some HVAC registers. We arranged an inspection by a licensed HVAC inspector for the following Monday, February 4, to determine if the HVAC system was operating properly. We also scheduled a precautionary duct cleaning for the same day and arranged for a Texas licensed mold assessor, Argus Environmental, to verify that the cleaning is performed properly. We also offered you options for temporary accommodations or to move you to a different home on-base or off-base if you preferred. You declined to move to a different home, and we agreed to reimburse you for temporary accommodations at an Airbnb location you selected.

- The HVAC inspection and duct cleaning was completed as scheduled on February 4. The HVAC system was confirmed to be working properly. The inspector from Argus Environmental cleared the cleaning work the same day, and your inspector from Aladdin also inspected and cleared the cleaning work the following day, February 5.

- You then notified us that you would not accept the home due to a concern that the whole house was "contaminated" with mold, although none of the inspections by Hunt's team or your inspector indicated anything of this nature. We arranged a meeting on February 20 with you, Hunt corporate and environmental representatives, and both inspectors to discuss a way forward. Multiple surface samples for mold spores were collected and the results from all samples verified normal conditions and no mold growth in the home. Notwithstanding these test results, Hunt agreed to arrange for a vendor clean for the interior of the home and contents as an accommodation to try to alleviate your concerns. The agreed upon work was completed the week of March 4, and we provided you with another post-cleaning clearance report by Argus verifying all of the cleaning work was complete.

- On March 7, you notified us that you had replaced your previous mold inspector with a new vendor, National Mold Advisor, and that you would not accept the home because the new inspector was recommending further mold remediation, including removing bathroom, kitchen, and laundry walls in the home and other measures. You also provided a set of recommendations from another company, AirStar, for changes to the furnace based on photographs provided to the vendor.

- On March 11 you sent the Demand for Payment letter, and on March 12 you notified us that you will be transferring to another installation and requested that any further work on the home be delayed until after your move.

We have made it a priority throughout this process to address each maintenance item for your home in a timely, professional, and transparent manner. Hunt's management team at Laughlin and several corporate representatives, including myself, have met with you and Mrs. Konzen multiple times in person and by phone to discuss your concerns, discuss the work to be performed, and to confirm that the work was completed and verified. We have also tried to accommodate all of the reimbursements and other financial requests you have made throughout this process.

According to our records, Hunt has paid directly or reimbursed you nearly $20,000.00. This total includes providing accommodations at the Airbnb after the home was ready for you to move back in, hotel costs during your travels to San Antonio and Austin, temporary lodging on base, the cost of multiple inspections you purchased from Aladdin, the cost of cleaning the contents of your home, and documented out-of-pocket medical expenses that you have provided.

You and Mrs. Konzen have raised the issue of payment for "pain and suffering" on previous occasions, and we have requested but not received any documentation that you may have from your wife's treating physician that

provides a medical diagnosis and attributes the medical condition to a maintenance problem in the home. If you have and wish to provide any such documentation to us, we remain willing to consider that information.

We understand that you and Mrs. Konzen feel strongly about her medical concerns, however, we do not agree that the record of actions we have taken reflects any responsibility by Hunt– negligent or otherwise – for your wife's medical concerns. Your home was inspected multiple times by different third party inspectors and all results were provided to you. Further, we worked closely with you to ensure a smooth move-out and transition out of Laughlin housing and to your next post.

As we have communicated previously, we remain willing to work with you if you wish to provide us with any additional supporting documentation that you may have. Otherwise, we wish you the best as you move forward in your future endeavors. Please send any follow-up communications regarding this letter to me at chris.radliff@huntcompanies.com.

Thank you and best personal regards,

Chris Radliff

Senior Director of Operations
Hunt Military Communities