IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL J. DANIELS, ET AL., | § | |
| *Plaintiffs*, | § | |
| vs. | § | 5-19-CV-01280-RBF |
| AETC II PRIVATIZED HOUSING, LLC, AETC II PROPERTY MANAGERS, LLC, HUNT ELP, LTD, | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Motion for Partial Summary Judgment on Basis of Government Contractor Immunities filed by Defendants AETC II Privatized Housing and AETC II Property Managers, LLC. *See* Dkt. No. 262. This case was reassigned for disposition on July 13, 2022, following the parties' consent to Magistrate Judge jurisdiction. *See* Dkt. Nos. 265, 266, 267; *see also* 28 U.S.C. § 636(c).

**IT IS ORDERED** that this case is set for a hearing on **November 9, 2022, at 10:00 a.m.** at the United States Courthouse, 262 West Nueva, San Antonio, TX 78207. Counsel should check the monitors in the courthouse lobby on the day of the hearing to determine the assigned courtroom. The parties should be prepared to discuss the above-mentioned motion for partial summary judgment, including the availability of an interlocutory appeal and a stay pending any interlocutory appeal.

**IT IS SO ORDERED.**

SIGNED this 18th day of October, 2022.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE