IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL J. DANIELS and BARBARA HIGH-DANIELS, et al. | § § § | |
| PLAINTIFFS | § § | |
| v. | § § | NO. 5:19-cv-01280-RBF |
| AETC II PRIVATIZED HOUSING, LLC; et al. | § § § § | |
| DEFENDANTS | § § | |

**SUPPLEMENTAL BRIEF IN SUPPORT OF
MOTION FOR PARTIAL SUMMARY JUDGMENT
ON GOVERNMENT CONTRACTOR IMMUNITY [262]**

Presently before the Court is Defendants' motion [262] seeking partial summary judgment on the basis of government contractor immunity, filed July 6, 2022. After briefing concluded on this motion, the United States Court of Appeals for the Ninth Circuit issued a decision addressing government contractor immunity under the Supremacy Clause, the theory of immunity advocated in part III of the argument in support of Defendants' motion. *Geo Group, Inc. v. Newsom*, 50 F.4th 745 (Sept. 26, 2022).

In the motion, Defendants argued, among other things, that Plaintiffs' tort claims against these government contractors must be dismissed because the Supremacy Clause prohibits state regulation (including by tort lawsuit) of the Government's housing operations at a federal military installation which have been properly delegated to a government contractor. [260, at 27-31]. In *Geo Group*, the Ninth Circuit held that the Supremacy Clause prevents the enforcement of a California statute against a government contractor retained by a federal agency. California had enacted a statute prohibiting any private entity from operating a detention facility within its

17099295.4

borders. Immigration and Customs Enforcement ("ICE"), however, had contracted with Geo Group to house undocumented immigrants within California's borders. The question for the court was whether the state could regulate the federal government's decision on how to operate its detention facilities. The court held that the California statute "would override the federal government's decision, pursuant to discretion conferred by Congress, to use private contractors to run its immigration detention facilities" and that "California cannot exert this level of control over the federal government's detention operations." *Geo Group*, 54 F.4th at 750-51.

As in *Geo Group*, this lawsuit seeks to interfere, and do away, with Congressional delegation of housing management at federal military facilities to private contractors. Application of such state law to the federal contractor, the Ninth Circuit held, was improper under either a theory of preemption or under the doctrine of intergovernmental immunity. Although the application of the Supremacy Clause is even stronger in our case because we are dealing with a federal installation, *Geo Group* offers a recent example of the reasoning and authority underlying the defense as asserted by Defendants, and the protection of the federal government's ability to protect private contractors from state regulation at facilities engaged in federal business.

The careful, thorough reasoning of the *Geo Group* decision is pertinent to the motion pending before this Court, and Defendants hope that this persuasive authority will assist the Court in deciding that motion. Of course, Defendants will be available to answer any of the Court's questions at the hearing on November 9, 2022.

Respectfully submitted, this the 3rd day of November 2022.

/s/ *Walter H. Boone*
Walter H. Boone, MS Bar No. 8651
(*admitted to W.D. of Tex. on 7/28/2020*)
Jennifer J. Skipper, State Bar No. 24076171
Balch & Bingham LLP
188 East Capitol Street, Suite 1400

        Jackson, Mississippi 39201-2133
        Telephone:  601-965-8182
        Facsimile:  866-501-9984
        E-Mail: jskipper@balch.com
            wboone@balch.com

        Julia W. Mann, State Bar No. 00791171
        Erica Benites Giese, State Bar No. 24036212
        JACKSON WALKER LLP
        112 East Pecan Street, Suite 2400
        San Antonio, Texas 782015
        Telephone: 210-978-7761
        Facsimile: 210-242-4646
        E-Mail: jmann@jw.com
            egiese@jw.com
        ***Attorneys for Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of November 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Randall A. Pulman, Esq.
Ryan C. Reed, Esq.
Matthew J. McGowan, Esq.
Sarah Jackson, Donahue, Esq.
PULMAN, CAPPUCIO, & PULLEN, LLP
2161 NW Military Highway, Suite 400
(210) 222-9494 Telephone
(210) 892-1610 Facsimile
E-Mail: rpulman@pulmanlaw.com
 rreed@pulmanlaw.com
 mmcgowan@pulmanlaw.com
 sdonahue@pulmanlaw.com

James R. Moriarty, Esq.
LAW OFFICES OF JAMES R. MORIARTY
4119 Montrose, Suite 250
(713) 528-0700 Telephone
(713) 528-1390 Facsimile
E-Mail: jim@moriarty.com

Francisco Guerra, IV
Jennifer Arlene Neal
Robert E. Brzezinksi
WATTS GUERRA, LLP
Four Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
(210) 477-0500
E-Mail: fguerra@wattsguerra.com
 jneal@wattsguerra.com
 rbrzezinski@wattsguerra.com

/s/ *Walter H. Boone*
Walter H. Boone, MS Bar No. 8651
(*admitted to W.D. of Tex. on 7/28/2020*)

17099295.4