IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL J DANIELS, ET AL., | § § | |
| *Plaintiffs,* | § § § | 5-19-CV-01280-RBF |
| vs. | § § § | |
| AETC II PRIVATIZED HOUSING, LLC, AETC II PROPERTY MANAGERS, LLC, HUNT ELP, LTD, | § § § § § | |
| *Defendants.* | § | |

**ORDER RESETTING STATUS HEARING**

Due to inclement weather and the closure of the San Antonio U.S. Federal Courthouse, **IT IS ORDERED** that the February 1, 2023, Zoom status hearing in this case is **RESET** to **February 9, 2023**, at **1:30 p.m.** The information to join the hearing is unchanged:

**Join ZoomGov Meeting:** https://txwd-uscourts.zoomgov.com/j/1600078256

**Meeting ID:** 160 007 8256

The parties must check in, no later than 5 minutes before the start of the hearing, with the Courtroom Deputy, Ms. Amy Jackson. In addition to the matters noted in the Court's previous Order, *see* Dkt. No. 351, the parties should be prepared to discuss the pending Motion for Leave to File Supplemental Briefing, Dkt. No. 352, which was filed shortly thereafter.

**IT IS SO ORDERED**.

SIGNED this 1st day of February, 2023.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE