**JUROR QUESTIONNAIRE**

Juror #_____

1. Full Name:_____ Sex:_____ Age:_____

2. What is your address?_____

3. Highest level of education you have completed:

   | | | | |
   |---|---|---|---|
   | Less than high school | _____ | Some college | _____ |
   | High school | _____ | 4-year college degree | _____ |
   | GED | _____ | Some graduate school | _____ |
   | Trade/technical school | _____ | Graduate degree (e.g., M.A., Ph.D.) | _____ |

4. Your employment status:

   | | | | |
   |---|---|---|---|
   | Full Time | _____ | Self Employed | _____ |
   | Part Time | _____ | Working More than One Job | _____ |
   | Unemployed | _____ | Laid Off | _____ |
   | Homemaker | _____ | Retired | _____ |
   | Disabled | _____ | Other (Explain) | _____ |

5. Occupation: (if unemployed or retired, please list your most recent occupation)
   _____
   _____

6. Name of employer: (if unemployed or retired, please list your most recent employer)
   _____
   _____

7. Have you or your immediate family member ever been a party to a lawsuit (either the one suing or the one being sued)? ☐Yes ☐No

8. Have you or a family member ever served in the military? ☐Yes ☐No

9. Have you or a family member ever lived in military housing? ☐Yes ☐No

10. Are you a member of or do you follow any social media accounts that advocate for military members? ☐Yes ☐No

11. Have you heard of the Armed Forces Housing Advocates? ☐Yes ☐No

12. Have you read or seen any news reports (in any form – newspaper, tv, radio, or social media) regarding military housing in general? ☐Yes ☐No

13. Have you read or seen any news reports (in any form-newspaper, tv, radio, or social media) regarding military housing at Randolph Air Force Base? ☐Yes ☐No

P a g e | 1
22214352.8

**EXHIBIT 1**

14. How would you characterize your respect for military service members:

    Extreme_____   Moderate_____   Mild_____

15. Do you have any experience as a manager/supervisor? ☐Yes ☐No

16. Do you have any experience as a landlord? ☐Yes ☐No

17. Do you have any experience being a renter who experienced problems with the rental apartment/home? ☐Yes ☐No

18. Have you ever been in a dispute with a landlord or management company over a rental unit? ☐Yes ☐No

19. Have you had any experience with mold, mildew, rodents and/or pests in any place you have ever lived? ☐Yes ☐No

20. Do you believe that black mold is a serious health risk? ☐Yes ☐No

21. Do you have any experience in contract writing? ☐Yes ☐No

22. Have you had any training, education, or work experience in any of the following areas?

    (a) carpentry or construction ☐Yes ☐No

    (b) foundation repair ☐Yes ☐No

    (c) HVAC ☐Yes ☐No

    (d) maintenance ☐Yes ☐No

    (e) mold testing or remediation ☐Yes ☐No

    (f) pest control ☐Yes ☐No

    (g) property management/landlord ☐Yes ☐No

    (h) roofing ☐Yes ☐No

    If YES, please explain:_____

23. Do you have any knowledge of or relationship with the following lawyers or law firms:

    Balch & Bingham, LLP (Walter H. Boone, Jennifer J. Skipper, Kye C. Handy), Jackson Walker LLP (Julia W. Mann, Erica Benites Giese), Pulman, Cappucio, & Pullen, LLP (Randall A. Pulman, Ryan C. Reed, Matthew J. McGowan, Sarah Jackson Donahue), Law Offices of James R. Moriarty (James R. Moriarty), Watts Guerra, LLP (Mikal C. Watts, Francisco Guerra, IV, Jennifer Arlene Neal, Robert E. Brzezinski)?

    If YES, please explain _____
    _____

**IF YOU DID NOT HAVE ENOUGH ROOM TO COMPLETE YOUR ANSWERS TO ANY OF THE ABOVE QUESTIONS, USE THE SPACE BELOW.  PLEASE WRITE THE NUMBER THAT CORRESPONDS TO THE QUESTION.**