# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL J. DANIELS, et al., | § | |
| | § | |
| *Plaintiffs* | § | CIVIL ACTION NO. SA-19-CA-01280-FB |
| | § | |
| v. | § | |
| | § | |
| AETC II PRIVATIZED HOUSING, LLC; | § | |
| AETC II PROPERTY MANAGERS, LLC; | § | |
| and HUNT ELP, LTD. d/b/a HUNT | § | |
| MILITARY COMMUNITIES, | § | |
| | § | |
| *Defendants* | § | |
| | § | |

**RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE OPINIONS AND TESTIMONY OF MARK EBERWINE [Dkt. 373]**

Plaintiffs file this Response in Opposition to *Defendants' Motion in Limine to Exclude Opinions and Testimony of Mark Eberwine* [Dkt. 373] (the "Motion"). Plaintiffs are not calling Mark Eberwine as a witness in the trial for the Vinales Plaintiffs on June 5, 2023. As such, this Motion is moot as it relates to the Vinales Plaintiffs.

WHEREFORE, Plaintiffs pray that the Court deny the Motion as moot and grant Plaintiffs all relief to which they may be justly entitled.

Respectfully submitted,

**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By:  */s/ Ryan C. Reed*
      Randall A. Pullman
      Texas State Bar No. 16393250

rpulman@pulmanlaw.com
Ryan C. Reed
Texas State Bar No. 24065957
rreed@pulmanlaw.com

**WATTS GUERRA LLP**
Mikal C. Watts
Texas State Bar No. 20981820
mcwatts@wattsguerra.com
Francisco Guerra, IV
fguerra@wattsguerra.com
Texas State Bar No. 00796684
Robert Brzezinski
Texas State Bar No. 00783746
rbrzezinski@wattsguerra.com
Jennifer Neal
Texas State Bar No. 24089834
jneal@wattsguerra.com
4 Dominion Dr.
Bldg. 3, Suite 100
San Antonio, TX 78257
(210) 447-0500 Telephone
(210) 447-0501 Facsimile

**MORIARTY SKIVER PLLC**
James. R. Moriarty
Texas State Bar No. 14459000
jim@moriarty.com
4119 Montrose, Suite 250
Houston, Texas 77006
(713) 528-0700 Telephone
(713) 528-1390 Facsimile

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on this the 24th day of May 2023, a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(b). Therefore, this document was served on all counsel who are deemed to have consented to electronic service.

/s/ *Ryan C. Reed*
Ryan C. Reed