IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL J DANIELS, ET AL., | § § § | |
| *Plaintiffs*, | § § | 5-19-CV-01280-RBF |
| vs. | § § § | |
| AETC II PRIVATIZED HOUSING, LLC, AETC II PROPERTY MANAGERS, LLC, HUNT ELP, LTD, | § § § § | |
| *Defendants*. | § § | |

## VINALES PLAINTIFFS' EXHIBIT LIST

Plaintiffs, Shane Vinales and Becky Vinales, Individually and as Next Friends of L.V. and S.V., minors ("Plaintiffs"), submit their Exhibit List:

| Ex. # | Description | Doc. ID | Offer | Object | Admit |
|---|---|---|---|---|---|
| P-1 | Lease Application | AETC - Gen01-000037 | | | |
| P-2 | Lease | AETC - Gen01-000054 | | | |
| P-3 | Lease-Resident Guidelines | AETC - Gen-09-001100 | | | |
| P-4 | Lease MIMO Form | AETC - Gen01-000086 | | | |
| P-5 | 2019.03.06 - Multiple Emails | AETC - Gen02-001950 | | | |
| P-6 | 2019.03.12 - Becky with Froom | AETC - Gen01-000300 | | | |
| P-7 | 2019.03.12 - Becky with Froom 2 | AETC - Gen02-000182 | | | |
| P-8 | 2019.03.22 - Becky with Froom 3 | AETC - Gen02-001014 | | | |
| P-9 | 2019.04.10 - Froom re Minol | AETC - Gen02-000261 | | | |
| P-10 | 2019.04.10 - Froom re Follow Up on Work | AETC - Gen02-000170 | | | |
| P-11 | 2019.05.17 - Vinales with Knight Email | AETC - Gen01-000460 | | | |
| P-12 | 2019.05.20 - Knight with Vinales follow up | AETC - Gen02-000052 | | | |
| P-13 | 2019.05.23 - Knight Update | AETC - Gen02-000045 | | | |
| P-14 | 2019.06.03 - Lenderman to Hunt Letter | AETC - Gen01-000832 | | | |
| P-15 | 2019.06.03 - Shane to All | Vinales-0000012 | | | |
| P-16 | 2019.06.04 Becky to Keri | AETC - Gen01-000276 | | | |

– 1 –                                      **EXHIBIT A**

| P-17 | 2019.06.06 - Radliff Resp to Gen Lenderman | AETC - Gen01-000983 | | | |
| P-18 | 2019.06.07 - Hunt Letter to Vinales | AETC - Gen01-000022 | | | |
| P-19 | 2019.06.10 - Estrada email | AETC - Gen02-000055 | | | |
| P-20 | Comfort Air Pictures | Daniels-SDT Comfort-Air Engineering Vinales-0000015 | | | |
| P-21 | 2015.09.22 - Aladdin Report to Dyer | Vinales-0001178 | | | |
| P-22 | Mold Armor Report 2019.03.20 | Daniels-SDT WM Barr Vinales-0000001 | | | |
| P-23 | Eurofins Report and Labs - | Daniels-SDT Eurofins EMLab - Vinales-0000006 | | | |
| P-24 | 2019.04.11 - KMiller Depo Mold Report | KBM Depo Exhibit 16 | | | |
| P-25 | 2019.06.06 Argus Contents Sampling | AETC - Gen01-000004 | | | |
| P-26 | 2019.06.07 Argus Contents Letter | AETC - Gen01-000003 | | | |
| P-27 | Vinales Property Remaining | AETC - Gen01-000209 | | | |
| P-28 | Vinales Photos | Vinales-0000066 | | | |
| P-29 | Hunt's Photos | AETC - Gen02-000525 | | | |
| P-30 | Hunt's 2019.03.08 Notes House-Complaints | AETC - Gen01-000001 | | | |
| P-31 | Summary Work Order List | AETC - Gen01-001364 | | | |
| P-32 | Work Orders During | AETC - Gen02-000002 | | | |
| P-33 | Work Orders Before | AETC - Gen02-004678 | | | |
| P-34 | Work Orders After | AETC - Gen02-004677 | | | |
| P-35 | Work Order – Shane Vinales Part 1 | SV Depo Exhibit 243 | | | |
| P-36 | Work Order – Shane Vinales Part 2 | SV Depo Exhibit 244 | | | |
| P-37 | DKI Invoice | AETC - Gen02-001853 | | | |
| P-38 | MDMA | AETC - Gen02-000100 | | | |
| P-39 | MDMA 1st Amendment | AETC - Gen04-000404 | | | |
| P-40 | MDMA 2nd Amendment | AETC - Gen04-000408 | | | |
| P-41 | Project Operating Agreement | AETC - Gen04-000412 | | | |
| P-42 | Property Operations and Mgmt Plan | AETC - Gen04-000490 | | | |
| P-43 | Randolph Ground Lease | AETC - Gen04-000244 | | | |
| P-44 | 2017 Mold O&M Plan | AETC - Gen04-000707 | | | |
| P-45 | 2019 Mold O&M Plan | AETC - Gen04-000676 | | | |
| P-46 | Mold Prevention and Detection Standard | AETC - Gen04-003784 | | | |
| P-47 | Mold Policy | AETC - Gen04-003786 | | | |
| P-48 | Hunt Memo re Humidity Project | AETC - Gen05-000156 | | | |
| P-49 | Pilot Specification for Humidity Project | AETC - Gen-05-000137 | | | |
| P-50 | EPA Mold Guide | AETC - Gen-04-000895 | | | |
| P-51 | 2018 Resident Satisfaction Survey | AETC - Gen04-009098 | | | |
| P-52 | Town Hall Notes | AETC - Gen01-001099 | | | |
| P-53 | 2019.04.08 Email re Work Order Survey | AETC - Gen02-00238 | | | |
| P-54 | 2019.06.04 Vinales Remediation Concerns | AETC - Gen01-000148 | | | |
| P-55 | 2019.05.31 Vinales Email Per Diem | AETC - Gen01-000677 | | | |
| P-56 | 2019.06.12 Miglieri Validation Request | AETC - Gen01-001190 | | | |
| P-57 | 2019.06.12 Radliff Tracking | AETC - Gen01-001193 | | | |

| P-58 | 2019.04.22 MHPI Tracker Email<br>2019.04.22 MHPI Tracker Spreadsheet | AETC - Gen02-004331<br>AETC - Gen02-004333 | | | |
|---|---|---|---|---|---|
| P-59 | 2019.07.15 Mold Tracker Email<br>2019.07.15 Mold Tracker Spreadsheet | AETC - Gen02-004355<br>AETC - Gen02-004357 | | | |
| P-60 | Comfort Air Invoice | VINALES-0001070 | | | |

Plaintiffs reserve the right to use Exhibits offered by Defendants. Plaintiffs further reserve the right to offer rebuttal exhibits at trial.

Respectfully submitted,

**PULMAN, CAPPUCCIO & PULLEN, LLP**

By: */s/ Ryan C. Reed*
    Ryan C. Reed
    Texas State Bar No. 24065957
    rreed@pulmanlaw.com
    Randall A. Pulman
    Texas State Bar No. 16393250
    rpulman@pulmanlaw.com
    2161 NW Military Highway, Suite 400
    San Antonio, Texas 78213
    (210) 222-9494 Telephone
    (210) 892-1610 Facsimile

**WATTS GUERRA LLP**
    Mikal C. Watts
    Texas State Bar No. 20981820
    mcwatts@wattsguerra.com
    Francisco Guerra, IV
    Texas State Bar No. 00796684
    fguerra@wattsguerra.com
    Robert Brzezinski
    Texas State Bar No. 00783746
    rbrzezinski@wattsguerra.com
    Jennifer Neal
    Texas State Bar No. 24089834
    jneal@wattsguerra.com
    4 Dominion Drive
    Bldg. 3, Suite 100
    San Antonio, Texas 78257
    (210) 447-0500 Telephone
    (210) 447-0501 Facsimile

                **MORIARTY SKIVER PLLC**
                James. R. Moriarty
                Texas State Bar No. 14459000
                jim@moriarty.com
                4119 Montrose, Suite 250
                Houston, Texas 77006
                (713) 528-0700 Telephone
                (713) 528-1390 Facsimile

*Attorneys for Plaintiffs*

– 5 –

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of May, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

***Via CM/ECF:***
Walter H. Boone
Jennifer J. Skipper
BALCH & BINGHAM LLP
188 East Capitol Street,
Suite 1400
Jackson, MS 39201
Telephone: (601) 961-9900
Facsimile: (601) 961-4466
wboone@balch.com
jskipper@balch.com

-and-

Julia W. Mann
JACKSON WALKER LLP
112 E. Pecan Street, Suite 2400 San Antonio, Texas 782015 Telephone: 210-978-7761
Facsimile: 210-242-4646
jmann@jw.com

***Attorneys for AETC II Privatized Housing, LLC, AETC II Property Managers, LLC, and Hunt ELP, Ltd.***

                                               */s/ Ryan C. Reed*
                                               Ryan C. Reed