IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL J. DANIELS and BARBARA HIGH-DANIELS, et al. | § § § | |
| PLAINTIFFS | § § | |
| v. | § § | NO. 5:19-cv-01280-RBF |
| AETC II PRIVATIZED HOUSING, LLC; et al. | § § § § | |
| DEFENDANTS | § § | |

## DEFENDANT'S EXHIBIT LIST

Counsel for Defendants in the above-referenced matter provide their Trial Exhibit List as follows:

| Exhibit Number | Bates Number | Description | Objection | Admitted | Date Admitted |
|---|---|---|---|---|---|
| D-1 | Vinales-00000001 | Yardi Survey | | | |
| D-2 | Vinales-00000004 | Yardi Survey | | | |
| D-3 | Vinales-00000023-24 | Warm Call | | | |
| D-4 | Vinales-00000025-26 | Warm Call | | | |
| D-5 | Vinales-00000223 | 3/13/2019 Photo | | | |
| D-6 | Vinales-00000269 | 5/27/2019 Photo | | | |
| D-7 | Vinales-00000293 | 6/13/2019 Photo | | | |
| D-8 | Vinales-00000304 | 5/29/2019 Photo | | | |
| D-9 | Vinales-00000322 | 6/14/2019 Photo | | | |
| D-10 | Vinales-00000475 | 4/11/2019 Photo | | | |
| D-11 | Vinales-00000518 | 4/18/2019 Photo | | | |
| D-12 | Vinales-00000543 | 3/20/2019 Photo | | | |
| D-13 | Vinales-00000762 | 6/2/2019 Photo | | | |
| D-14 | Vinales-00000822 | 6/2/2019 Photo | | | |
| D-15 | Vinales-00000838 | 10/25/2017 Photo | | | |
| D-16 | Vinales-00000868 | 5/20/2019 Photo | | | |
| D-17 | Vinales-00000889 | 6/15/2019 Photo | | | |

22760911.1

## EXHIBIT C

| D-18 | Vinales-00000945 | 3/20/2018 Photo | | | |
| D-19 | Vinales-00001009 | 3/13/2019 Photo | | | |
| D-20 | Vinales-00001044 | Carpet email | | | |
| D-21 | Vinales-00001045-46 | Carpet photo | | | |
| D-22 | Vinales-00001057 | Warm Call | | | |
| D-23 | Vinales-00001058 | Yardi Survey | | | |
| D-24 | Vinales-00001071-72 | Warm Calls forwarded | | | |
| D-25 | Deposition Exhibit 264 | Social Media conversations | | | |
| D-26 | Vinales-00000130 | 2/16/2019 Photo | | | |
| D-27 | Vinales-00000262 | 2/16/2019 Photo | | | |
| D-28 | Vinales-00000346 | 2/16/2019 Photo | | | |
| D-29 | Vinales-AETC-Gen01-000033 | Application for Housing 10/10/17 | | | |
| D-30 | Vinales-AETC-Gen01-000034 | PCS Orders 4/10/17 | | | |
| D-31 | Vinales-AETC-Gen01-000041 | Payment Stub | | | |
| D-32 | Vinales-AETC-Gen01-000054-82 | Lease and Addendum | | | |
| D-33 | Vinales-AETC-Gen01-000086-88 | MIMO form | | | |
| D-34 | Vinales-AETC-Gen01-000031 | Move In Form | | | |
| D-35 | Vinales-AETC-Gen01-000666 | Move in survey | | | |
| D-36 | AETC-GEN04-000633-634 | RAFB - Things You Can Do to Reduce Energy | | | |
| D-37 | AETC-GEN04-000657 | Tips for Preventing Mold & Mildew | | | |
| D-38 | AETC-GEN04-008404 | Tips for Preventing Pests | | | |
| D-39 | AETC-GEN04-000674-675 | Guide to Historic Housing in Randolph Field Historic District | | | |
| D-40 | AETC-GEN04-000895-914 | A Brief Guide to Mold, Moisture & Your Home | | | |
| D-41 | AETC-GEN04-001154-1155 | What To Do If You Suspect Mold | | | |
| D-42 | Vinales-AETC-Gen02-000002 | Yardi Work Order History | | | |
| D-43 | Vinales-AETC-Gen01-000085 | 2/12/19 Minol Statement | | | |
| D-44 | Vinales-AETC-Gen01-000180-82 | Email from Keri Estrada to Becky Vinales contents cleaning and status | | | |
| D-45 | Vinales-AETC-Gen01-000187-88 | Email from Keri Estrada to Becky Vinales contents cleaning and status | | | |

22760911.1

| D-46 | Vinales-AETC-Gen01-000190-94 | Email 5/23 providing $250 gift card | | | |
| D-047 | Vinales-AETC-Gen01-000209 | Itemization of what was left behind | | | |
| D-48 | Vinales-AETC-Gen01-000234-36 | Email from Audra Froom to Angela Utterbrink sending KOA confirmation. | | | |
| D-49 | Vinales-AETC-Gen01-000276-79 | Email from Becky Vinales to Keri Estrada concerning moving contractor and JIPPSO request | | | |
| D-50 | Vinales-AETC-Gen01-000300-03 | Email from Audra Froom to Becky Vinales concerning work orders from inspection of home. | | | |
| D-51 | Vinales-AETC-Gen01-000355-57 | Email from Keri Estrada to Becky Vinales concerning extension of campgrounds reservation. | | | |
| D-52 | Vinales-AETC-Gen01-000393 | Email from Keri Estrada to the Vinales concerning notice to vacate form and recap of meeting | | | |
| D-53 | Vinales-AETC-Gen01-000394-95 | Blank Notice to Vacate Form | | | |
| D-54 | Vinales-AETC-Gen01-000881-83 | Email to Butler (AF) re: Vinales | | | |
| D-55 | Vinales-AETC-Gen01-000891-92 | Email from Becky Vinales to Audra Froom concerning master bedroom repair | | | |
| D-56 | Vinales-AETC-Gen01-000894 | Yardi Call Center message from Shane Vinales concerning removal of carpet and completion of work after carpet removal. | | | |
| D-057 | Vinales-AETC-Gen01-001085 | Voicemail from Becky Vinales to Audra Froom denying access | | | |
| D-058 | Vinales-AETC-Gen01-001101-05 | Randolph Town Hall Follow Up notes. | | | |
| D-059 | Vinales-AETC-Gen01-1319 | Reminder notice to Shane Vinales concerning $627.62 utility balance | | | |
| D-060 | Vinales-AETC-Gen02-000055-56 | Email from Keri Estrada to the Vinales following up on the portable AC units in the home. | | | |
| D-061 | Vinales-AETC-Gen02-000058-60 | Keri Estrada sending update on home including containment, dehumidifer, and air scrubbers. | | | |

| D-062 | Vinales-AETC-Gen02-000261 | Email from Audra Froom to Becky Vinales concerning minol clearing utility balance and putting in work orders. | | | |
| D-063 | Vinaels-AETC-Gen02-000276-80 | Email from Audra Froom to Becky Vinales concerning minol credit and work orders | | | |
| D-064 | Vinales-AETC-Gen02-000281 | Vinales Utility readings excel verson | | | |
| D-065 | Vinales-AETC-Gen02-000302 | Email to all residents concerning town hall attendance and reaching out to people concerning work orders | | | |
| D-066 | Vinales-AETC-Gen02-000306 | Email from Robert Harris to Becky Vinales giving status of work order. | | | |
| D-067 | Vinales-AETC-Gen02-000382 | Email from Melody Gallego to Becky Vinales concerning work order follow up. | | | |
| D-068 | Vinales-AETC-Gen02-000383 | Email from Melody Gallego to Becky Vinales concerning work order follow up. | | | |
| D-069 | Vinales-AETC-Gen02-000384 | Email from Melody Gallego to Becky Vinales concerning work order follow up. | | | |
| D-070 | Vinales-AETC-Gen02-000462-63 | Email from Robert Harris concerning parts for a work order being ordered. | | | |
| D-071 | Vinales-AETC-Gen02-000464-65 | Email from Becky Vinales sending good work order survey response. | | | |
| D-072 | Vinales-AETC-Gen02-000467-68 | Email from Terri Hefford sending work order survey. | | | |
| D-073 | Vinales-AETC-Gen02-000471-72 | Email from Terri Hefford sending work order survey. | | | |
| D-074 | Vinales-AETC-Gen02-000475-76 | Email from Terri Hefford sending work order survey. | | | |
| D-075 | Vinales-AETC-Gen02-000478-79 | Email from Terri Hefford sending work order survey. | | | |
| D-076 | Vinales-AETC-Gen02-000481-82 | Email from Terri Hefford sending work order survey. | | | |
| D-077 | Vinales-AETC-Gen02-000486 | Email from Terri Hefford sending work order survey. | | | |
| D-078 | Vinales-AETC-Gen02-000488-89 | Email from Terri Hefford sending work order survey. | | | |
| D-079 | Vinales-AETC-Gen02-000491 | Email from Terri Hefford sending work order survey. | | | |

22760911.1

| | | | | | |
|---|---|---|---|---|---|
| D-080 | Vinales-AETC-Gen02-000496-97 | Email from Terri Hefford sending work order survey. | | | |
| D-081 | Vinales-AETC-Gen02-000499 | Email from Terri Hefford sending work order survey. | | | |
| D-082 | Vinales-AETC-Gen02-000501-02 | Email from Terri Hefford sending work order survey. | | | |
| D-083 | Vinales-AETC-Gen02-000504-05 | Email from Terri Hefford sending work order survey. | | | |
| D-084 | Vinales-AETC-Gen02-000507-08 | Email from Terri Hefford sending work order survey. | | | |
| D-085 | Vinales-AETC-Gen02-000510 | Email from Terri Hefford sending work order survey. | | | |
| D-086 | Vinales-AETC-Gen02-000512-13 | Email from Terri Hefford sending work order survey. | | | |
| D-087 | Vinales-AETC-Gen02-000515-16 | Email from Terri Hefford sending work order survey. | | | |
| D-088 | Vinales-AETC-Gen02-000518 | Email from Terri Hefford sending work order survey. | | | |
| D-089 | Vinales-AETC-Gen02-000520 | Email from Terri Hefford sending work order survey. | | | |
| D-090 | Vinales-AETC-Gen02-000522-23 | Email from Terri Hefford sending work order survey. | | | |
| D-091 | Vinales-AETC-Gen02-000812 | Emial from Terri Hefford to the Vinales sending housing assignment. | | | |
| D-092 | Vinales-AETC-Gen02-000813 | Vinales housing assignment. | | | |
| D-093 | Vinales-AETC-Gen02-001855 | Warm call f/u spreadhseet | | | |
| D-094 | Vinales-AETC-Gen02-002205 | Randolph resident tracker. | | | |
| D-095 | AETC-GEN04-001749 | Vinales: request copy of lease 4/22/19 | | | |
| D-096 | AETC-GEN04-001768 | Vinales: email from Vinales looking at houses tomorrow | | | |
| D-097 | Vinales-AETC-Gen01-000024 | Vinales Ledger | | | |
| D-098 | Vinales-AETC-Gen01-000025 | Vinales Check for $2,000 | | | |
| D-099 | Vinales-AETC-Gen01-000026 | Move Out Form | | | |
| D-100 | Vinales-AETC-Gen01-000027 | Minol Move Out Statement | | | |
| D-101 | Vinales-AETC-Gen01-000028-29 | Notice of Intent to Vacate | | | |

22760911.1

| | | | | | |
|---|---|---|---|---|---|
| D-102 | AETC-GEN04-12470, AETC-GEN04-12376-12377, AETC-GEN04-12467, AETC-GEN04-12482, AETC-GEN04-009096-9097, AETC-GEN04-12452, AETC-GEN04-12455, AETC-GEN04-12454, AETC-GEN04-12474, AETC-GEN04-12481, AETC-GEN04-12460, AETC-GEN04-12465, AETC-GEN04-12471, AETC-GEN04-12461, AETC-GEN04-12463, AETC-GEN04-12459, AETC-GEN04-12450, AETC-GEN04-12451, AETC-GEN04-12469, AETC-GEN04-12453, AETC-GEN04-12464, AETC-GEN04-12456, AETC-GEN04-12480, AETC-GEN04-12462, AETC-GEN04-12472, AETC-GEN04-12473, AETC-GEN04-12468, AETC-GEN04-12458 | Staff Meeting Records (collective exhibit) | | | |
| D-103 | AETC-GEN04-12380-12385, AETC-GEN04-12386-12387, AETC-GEN04-12414-12419AETC-GEN04-12378-12379, AETC-GEN04-12368-12372, AETC-GEN04-12373-12375, AETC-GEN04-12411-12413, AETC-GEN04-12431-12436, AETC-GEN04-12437-12439, AETC-GEN04-12443-12444, AETC-GEN04-12445-12446, AETC-GEN04-12424-12426, AETC-GEN04- | HMO-Hunt Meeting Agendas (collective exhibit) | | | |

22760911.1

| | | | | | |
|---|---|---|---|---|---|
| | 12427-12430, AETC-GEN04-12448, AETC-GEN04-12420-12423, AETC-GEN04-12449 | | | | |
| D-104 | AETC-GEN04-000889-890 | New Maintenance Communication Process | | | |
| D-105 | AETC-GEN04-001146-1147 | Maintenance Leave Behind Card | | | |
| D-106 | Vinales-AETC-Gen01-000003 | Argus Environmental Consulting June 7, 2019 Contents Mold Certification for 604 | | | |
| D-107 | Vinales-AETC-Gen01-000004-21 | Argus Environmental Limited Contents Sampling Report June 6, 2019 | | | |
| D-108 | Vinales-AETC-Gen01-000198-204 | Email thread with Becky Vinales, Mike Knight, Keri Estrada concerning cost of HHG, displacing family, and contents cleaning. | | | |
| D-109 | Vinales-AETC-Gen01-000367-69 | Email from Keri Estrada to Becky Vinales concerning contents cleaning and accomodations during displacement. | | | |
| D-110 | Vinales-AETC-Gen01-000371-73 | Email from Keri Estrada to the Vinales concerning testing following remediation. | | | |
| D-111 | Vinales-AETC-Gen01-000391 | Email from Keri Estrada to Becky Vinales answering contents cleaning questions | | | |
| D-112 | Vinales-AETC-Gen01-000460-61 | Email from Becky Vinales to Mike Knight sending remediation protocol and list of items for reimbursement. | | | |

22760911.1

| | | | | | |
|---|---|---|---|---|---|
| D-113 | Vinales-AETC-Gen01-000923-25 | Email response from Michael Knight to Becky Vinales concerning work to be done to the home and reimbursement for items. | | | |
| D-114 | Vinales-AETC-Gen02-000024-44 | Email from Mike Knight to the Vinales sending Limited contents certification letter | | | |
| D-115 | Vinales-AETC-Gen02-000045-48 | Email from Mike Knight to Becky Vinales concerning inspection and upcoming work. | | | |
| D-116 | Vinales-AETC-Gen02-000973-997 | Email from Keri Estrada to Jason Garrison sending Mike Knight email with final results and contest letter from Adaptive. | | | |
| D-117 | Vinales-AETC-Gen02-001853 | DKI invoice | | | |
| D-118 | Vinales-AETC-Gen02-001931 | Invoices for Vinales roof leak | | | |
| D-119 | Vinales-AETC-Gen02-004653-54 | Email re: vinales inventory list for the items left behind | | | |
| D-120 | Vinales-AETC-Gen02-004655 | Photo - chair | | | |
| D-121 | Vinales-AETC-Gen02-004657 | Photo - mattress | | | |
| D-122 | Vinales-AETC-Gen02-004659 | Photo - sofa | | | |
| D-123 | Vinales-AETC-Gen02-004661 | Photo - sofa | | | |
| D-124 | Vinales-AETC-Gen02-004663 | Photo - sofa | | | |
| D-125 | Vinales-AETC-Gen02-004665 | Photo - folding chair | | | |
| D-126 | Vinales-AETC-Gen02-004667 | Photo - mattresses | | | |
| D-127 | Vinales-AETC-Gen02-004669 | Photo - mattresses | | | |
| D-128 | Vinales-AETC-Gen02-004671 | Photo - chair | | | |
| D-129 | Vinales-AETC-Gen02-004673 | Photo - pillows | | | |
| D-130 | Vinales-AETC-Gen02-004675 | Photo - rugs | | | |
| D-131 | AETC-GEN04-003780-3781 | Policy 2177: Electrical Safety (2/7/18) | | | |

| D-132 | AETC-GEN04-003782-3783 | Policy 2177: Electrical Safety (4/29/19) | | | |
|---|---|---|---|---|---|
| D-133 | AETC-GEN04-003784-3785 | Standard 2240: Mold Prevention & Detection (8/8/19) | | | |
| D-134 | AETC-GEN04-003790 | Policy 5120: Gas Leak (4/12/18) | | | |
| D-135 | AETC-GEN04-007850-7851 | HMC Policy & Procedure Work Order Follow UP (Warm Calls) | | | |
| D-136 | AETC-GEN04-008003-8005 | SOP: Receiving, Creating, Dispatching, Responding, and Closing Work Orders | | | |
| D-137 | AETC-GEN04-008006-8011 | SOP: Yardi Mobile Maintenance Work Order Procedures (10/12/15) | | | |
| D-138 | AETC-GEN04008012-8017 | SOP: Yardi Mobile Maintenance Work Order Procedures | | | |
| D-139 | AETC-GEN04-008018-008022 | SOP: Yardi Mobile Maintenance Work Order Procedures | | | |
| D-140 | AETC-GEN04-008028-8037 | Yardi Quick Tip - Work Order Surveys | | | |
| D-141 | AETC-GEN04-003776-3777 | Policy 2095: Pest Control Treatment (2/14/18) | | | |
| D-142 | AETC-Gen04-000949-001097 | Environmental Management Plan - Randolph - August 2011 | | | |
| D-143 | Vinales-AETC-Gen01-000022 | Work Package | | | |
| D-144 | Vinales-AETC-Gen02-004318-22 | Nick Miglieri sending slides for town hall | | | |
| D-145 | Vinales-AETC-Gen02-0004327-30 | Mold, LBP and employee training slides. | | | |
| D-146 | AETC-GEN04-007958-7959 | Policy 2245: Mold Remediation (8/28/18) | | | |
| D-147 | AETC-GEN04-007964-7965 | Policy 2245: Mold Remediation (2/14/18) | | | |
| D-148 | AETC-GEN04-008636 | Mold Protocols | | | |
| D-149 | AETC-GEN04-011495-11551 | Mold Awareness & Remediation Training | | | |
| D-150 | AETC-GEN04-011552-11583 | Environmental Awareness Training Regional Maintenance Director Conference (2017) | | | |
| D-151 | AETC-GEN04-11930 | Mold Training outline | | | |
| D-152 | AETC-GEN04-011931-12026 | Mold Awareness Training PP | | | |
| D-153 | AETC-GEN04-007946 | Mold Response Flow Chart - 2018 | | | |

| | | | | | |
|---|---|---|---|---|---|
| D-154 | AETC-GEN04-000707-739 | Mold O&M Plan - March 2017 | | | |
| D-155 | Vinales-AETC-Gen01-000001-2 | Nick Reed notes/photos | | | |
| D-156 | Vinales-AETC-Gen01-1322 | Color phones from Nick Reed report (ceiling and wall) | | | |
| D-157 | Vinales-AETC-Gen01-1323 | Color phones from Nick Reed report. (wall behind bed) | | | |
| D-158 | Vinales-AETC-Gen01-1327 | Color phones from Nick Reed report. (HVAC vent) | | | |
| D-159 | Vinales-AETC-Gen01-1328 | Color photos from Nick Reed report. (HVAC Vent) | | | |
| D-160 | Vinales-AETC-Gen01-1329 | Color photos from Nick Reed report. (hole in floor) | | | |
| D-161 | Vinales-AETC-Gen01-1332 | Color photos from Nick Reed report. (under appliance) | | | |
| D-162 | Vinales-AETC-Gen01-1333 | Color photos from Nick Reed report. (utility panel) | | | |
| D-163 | Vinales-AETC-Gen01-1334 | Color photos from Nick Reed report. (outside roof by chimney) | | | |
| D-164 | Vinales-aETC-Gen01-000727-30 | Email from Lenderman concerning meeting to discuss Vinales dispute resolution. | | | |
| D-165 | Vinales-AETC-Gen01-000832-33 | Memorandum for DO from Lenderman outlining Vinales Dipsute Resolution Request. | | | |
| D-166 | Vinales-AETC-Gen01-000983-86 | Response to Dispute memorandum from Lenderman for Vinales. | | | |
| D-167 | Vinales-AETC-Gen02-000926-28 | Email from Radliff to Lenderman sending status update on Vinales and others | | | |
| D-168 | Vinales-AETC-Gen02-001854 | Spreadsheet of CRR-type repairs for Vinales | | | |
| D-169 | Vinales-AETC-Gen02-004202-33 | Receipts and Checks for Vinales | | | |
| D-170 | AETC-Gen04-000359-403 | Exhibit J Historic Preservation Programmatic Agreement | | | |
| D-171 | AETC-GEN04-007971 | Policy 490: Lease Agreement & Addenda | | | |
| D-172 | AETC-GEN04-009438-9559 | Property Management Agreement | | | |
| D-173 | AETC-GEN04-021352-21480 | First Amendment to Property Management Agreement | | | |

22760911.1

| | | | | | |
|---|---|---|---|---|---|
| D-174 | AETC-GEN04-13740 | 2018 AF approval letter | | | |
| D-175 | AETC-GEN04-13741-13745 | 2018 Budget analysis | | | |
| D-176 | AETC-GEN04-13746-13763 | 2018 Budget review questions | | | |
| D-177 | Vinales-AETC-Gen01-206-208 | Unterbrink move out email | | | |
| D-178 | Vinales-AETC-Gen01-000210-21 | Email from Angela Unterbrink to the Vinales concerning contents cleaning and offer | | | |
| D-179 | Vinales-AETC-Gen01-000222-30 | Email from Angela Unterbrink to Becky Vinales sending extended KOA reservation and confirmation on per diem payment. | | | |
| D-180 | Vinales-AETC-Gen01-000237-43 | Email from Angela Unterbrink to Becky Vinales agreeing to up per diem to $100 and explaining how per diem works. | | | |
| D-181 | Vinales-AETC-Gen02-000085-114 | Email from Angela Unterbrink to the Vinales concerning access | | | |
| D-182 | Vinales-AETC-Gen02-000540 | Email 7/18/19 from Unterbrink re: items left in the home & disposal | | | |
| D-183 | Vinales-AETC-Gen02-0003502 | Email from Diane Butler concerning Vinales utilities and work orders | | | |
| D-184 | | CV of Allison Stock | | | |
| D-185 | | CV of Ann Reisch | | | |
| D-186 | | CV of Tom Sumner | | | |
| D-187 | | CV of Joe Lstiburek | | | |
| D-188 | | CV of Leah Anderson | | | |
| D-189 | | CV of Rachel Adams | | | |

Defendants reserve the right to use any and all Exhibits offered by counsel for the Plaintiffs.

Defendants further reserve the right to utilize exhibits for impeachment purposes.

22760911.1

Respectfully submitted,

/s/ *Walter H. Boone*

Walter H. Boone, MS Bar No. 8651
*(Admitted to W. D. of TX on 7/28/2020)*
Jennifer J. Skipper, State Bar No. 24076171
BALCH & BINGHAM LLP
188 East Capitol Street, Suite 1400
Jackson, MS 39201
Telephone: (601) 961-9900
Facsimile: (601) 961-4466
E-mail: wboone@balch.com
          jskipper@balch.com

-and-

*/s/ Julia W. Mann*

Julia W. Mann, State Bar No. 00791171
JACKSON WALKER LLP
112 E. Pecan Street, Suite 2400
San Antonio, Texas 782015
Telephone: 210-978-7761
Facsimile: 210-242-4646
E-Mail: jmann@jw.com

***Attorneys for AETC II Privatized Housing, LLC, AETC II Property Managers, LLC, and Hunt ELP, Ltd. d/b/a Hunt Military Communities***

22760911.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of May, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Randall A. Pulman, Esq.
Ryan C. Reed, Esq.
Matthew J. McGowan, Esq.
Sarah Jackson, Donahue, Esq.
PULMAN, CAPPUCIO, & PULLEN, LLP
2161 NW Military Highway, Suite 400
(210) 222-9494 Telephone
(210) 892-1610 Facsimile
E-Mail: rpulman@pulmanlaw.com
     rreed@pulmanlaw.com
     mmcgowan@pulmanlaw.com
     sdonahue@pulmanlaw.com

James R. Moriarty, Esq.
LAW OFFICES OF JAMES R. MORIARTY
4119 Montrose, Suite 250
(713) 528-0700 Telephone
(713) 528-1390 Facsimile
E-Mail: jim@moriarty.com

Francisco Guerra, IV
Jennifer Arlene Neal
Robert E. Brzezinksi
WATTS GUERRA, LLP
Four Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
(210) 477-0500
E-Mail: fguerra@wattsguerra.com
     jneal@wattsguerra.com
     rbrzezinski@wattsguerra.com

/s/ *Walter H. Boone*
Walter H. Boone, MS Bar No. 8651
*(Admitted to W. D. of TX on 7/28/2020)*

22760911.1