IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL J DANIELS, ET AL., | § | |
| *Plaintiffs*, | § | 5-19-CV-01280-RBF |
| vs. | § | |
| AETC II PRIVATIZED HOUSING, LLC, AETC II PROPERTY MANAGERS, LLC, HUNT ELP, LTD, | § | |
| *Defendants*. | § | |

**VINALES PLAINTIFFS' OBJECTIONS TO DEFENDANTS' PROPOSED TRIAL EXHIBITS**

Plaintiffs, Shane Vinales and Becky Vinales, Individually and as Next Friends of L.V. and S.V., minors ("Plaintiffs"), file their Objections to Defendants' proposed Trial Exhibits, and in support hereof shows this Court as follows:

## I.   OBJECTIONS

Plaintiffs object to Defendants' proposed Trial Exhibits, as set forth herein and for the reasons set forth herein.

1. **Exhibit D-25, Social Media**

    a. Plaintiffs object to this exhibit based on the rule of optional completeness.

2. **Exhibit D-58, Randolph Town Hall Follow Up Notes**

    a. Plaintiffs object to this exhibit based on the rule of optional completeness.

3. **Exhibit D-102, Staff Meeting Records (collective exhibit)**.

    a. Plaintiffs object to this exhibit based on relevance and optional completeness. The exhibit contains no reference to Plaintiffs, their house, or apparent issues in the case. The Exhibit contains redactions at AETC – Gen04-009096, 12455, 12459).

# EXHIBIT D

4. **Exhibit D-103, HMO-Hunt Meeting Agendas (collective exhibit)**.

    a. Plaintiffs object to this exhibit based relevance. The exhibit contains no reference to Plaintiffs, their house, or apparent issues in the case.

5. **Exhibit D-105, Maintenance Leave Behind Card**.

    a. Plaintiffs object to this exhibit based on relevance. The exhibit contains no reference to Plaintiffs, their house, and appears to come from after Plaintiffs moved from Randolph Air Force Base.

6. **Exhibit D-106, Argus Environmental Consulting June 7, 2019 Contents Mold Certification for 604**.

    a. Plaintiffs object to this exhibit because it is hearsay. The exhibit it an out-of-court stated offered to prove the truth of the matters contained within the letter and the report.

7. **Exhibit D-107, Argus Environmental Limited Contents Sampling Report June 6, 2019**.

    a. Plaintiffs object to this exhibit because it is hearsay. The exhibit it an out-of-court stated offered to prove the truth of the matters contained within the letter and the report.

8. **Exhibit D-114, Email from Mike Knight to the Vinales sending Limited contents certification letter.**

    a. Plaintiffs object to the exhibits to this exhibit because it is hearsay. The exhibit it an out-of-court stated offered to prove the truth of the matters contained within the letter and the report.

9. **Exhibit D-116, Email from Keri Estrada to Jason Garrison sending Mike Knight**

**email with final results and contents letter from Adaptive**.

    a. Plaintiffs object to the exhibits to this exhibit because it is hearsay. The exhibit it an out-of-court stated offered to prove the truth of the matters contained within the letter and the report.

10. **Exhibit D-117, DKI invoice**

    a. Plaintiffs object to this exhibit because it is hearsay. The exhibit it an out-of-court stated offered to prove the truth of the matters contained within the invoice.

11. **Exhibit D-118, Invoices for Vinales roof leak**.

    a. Plaintiffs object to this exhibit because it is hearsay. The exhibit it an out-of-court stated offered to prove the truth of the matters contained within the invoice.

12. **Exhibit D-168, Spreadsheet of CRR-type repairs for Vinales**.

    a. Plaintiffs object to this exhibit based on the rule of optional completeness.

13. **Exhibit D-174, 2018 AF approval letter**.

    a. Plaintiffs object to this exhibit because it is hearsay. The exhibit it an out-of-court stated offered to prove the truth of the matters contained within the invoice. Plaintiffs further object to this exhibit because it has no relevance to the Vinales plaintiffs or their house. Furthermore, Plaintiffs object under Rule 403 because the risk of confusing the jury that the Air Force controls Defendants outweighs any probative value.

14. **Exhibit D-175, 2018 Budget analysis**.

    a. Plaintiffs object to this exhibit because it is hearsay. The exhibit it an out-of-court stated offered to prove the truth of the matters contained within the invoice. Plaintiffs further object to this exhibit because it has no relevance to the Vinales

plaintiffs or their house. Furthermore, Plaintiffs object under Rule 403 because the risk of confusing the jury that the Air Force controls Defendants outweighs any probative value.

15. **Exhibit D-176, 2018 Budget review questions**.

    a. Plaintiffs object to this exhibit because it is hearsay. The exhibit it an out-of-court stated offered to prove the truth of the matters contained within the invoice. Plaintiffs further object to this exhibit because it has no relevance to the Vinales plaintiffs or their house. Furthermore, Plaintiffs object under Rule 403 because the risk of confusing the jury that the Air Force controls Defendants outweighs any probative value.

16. **Exhibit D-177, Unterbrink move out email**.

    a. Plaintiffs object to this exhibit based on the rule of optional completeness.

17. **Exhibit D-183, Email from Diane Butler concerning Vinales utilities and work orders**.

    a. Plaintiffs object to this exhibit based on the rule of optional completeness.

## PRAYER

WHEREFORE, Plaintiffs pray that the Court sustain their objections, and grant Plaintiffs such other and further relief, at law or in equity, to which they show themselves justly entitled.

Respectfully submitted,

By: */s/ Ryan C. Reed*
    **PULMAN, CAPPUCCIO & PULLEN, LLP**
    2161 NW Military Highway, Suite 400
    San Antonio, Texas 78213
    (210) 222-9494 Telephone
    (210) 892-1610 Facsimile
    Randall A. Pulman
    Texas State Bar No. 16393250
    rpulman@pulmanlaw.com

      Ryan C. Reed
      Texas State Bar No. 24065957
      rreed@pulmanlaw.com

      **WATTS GUERRA LLP**
      Mikal C. Watts
      Texas State Bar No. 20981820
      mcwatts@wattsguerra.com
      Francisco Guerra, IV.
      Texas State Bar No. 00796684
      fguerra@wattsguerra.com
      Robert Brzezinski
      Texas State Bar No. 00783746
      rbrzezinski@wattsguerra.com
      Jennifer A. Neal
      Texas State Bar No. 24089834
      jneal@wattsguerra.com
      4 Dominion Dr., Bldg. 3, Suite 100
      San Antonio, TX 78257
      (210) 447-0500 Telephone
      (210) 447-0501 Facsimile

      **MORIARTY SKIVER PLLC**
      James. R. Moriarty
      Texas State Bar No. 14459000
      jim@moriarty.com
      4119 Montrose, Suite 250
      Houston, Texas 77006
      (713) 528-0700 Telephone
      (713) 528-1390 Facsimile

      ***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of May, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

***Via CM/ECF:***

Walter H. Boone

Jennifer J. Skipper
BALCH & BINGHAM LLP
188 East Capitol Street,
Suite 1400
Jackson, MS 39201
Telephone: (601) 961-9900

Facsimile: (601) 961-4466
wboone@balch.com
jskipper@balch.com

-and-

Julia W. Mann
Erica Benites Giese
JACKSON WALKER LLP
112 E. Pecan Street, Suite 2400 San Antonio, Texas 782015 Telephone: 210-978-7761
Facsimile: 210-242-4646
jmann@jw.com
egiese@jw.com

***Attorneys for AETC II Privatized Housing, LLC, AETC II Property Managers, LLC, and Hunt ELP, Ltd.***

                                              */s/ Ryan C. Reed*
                                              Ryan C. Reed