IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL J DANIELS, ET AL., | § | |
| *Plaintiffs*, | § § § | 5-19-CV-01280-RBF |
| vs. | § § | |
| AETC II PRIVATIZED HOUSING, LLC, AETC II PROPERTY MANAGERS, LLC, HUNT ELP, LTD, | § § § § | |
| *Defendants*. | § § | |

### VINALES PLAINTIFFS' WITNESS LIST

Plaintiffs, Shane Vinales and Becky Vinales, Individually and as Next Friends of L.V. and S.V., minors ("Plaintiffs"), submit their Witness List, listing the names and addresses of witnesses who may be called with a brief statement of the nature of their testimony:

1. Lt. Col. Shane Vinales:

   a. C/o the undersigned counsel of record

   b. Brief Statement: Shane Vinales will generally testify regarding the lease, the house, his family's interactions with Defendants, and the damages and effects that resulted from his interactions with Defendants.

2. Becky Vinales

   a. C/o the undersigned counsel of record

   b. Brief Statement: Becky Vinales will generally testify regarding the lease, the house, her family's interactions with Defendants, and the damages and effects that resulted from her interactions with Defendants.

3. Kristy Beck-Miller

   a. 1415 NW 4th Ave., Mineral Wells, Texas 76067

**EXHIBIT E**

    b.    Brief Statement: Kristy Beck-Miller will testify regarding her inspection of the Vinales house, her mold assessement at the Vinales house, and the results therefrom.

4. Michael Krismer

    a.    517 Ronson Drive, Corpus Christi, Texas 78412

    b.    Brief Statment: Michael Krismer will testify regarding his assessment of houses at Randolph Air Force Base and his opinions regarding the building envelope of the Vinales house, amongst others, that contributed to moisture and mold issues.

5. Leilani Hamilton

    a.    C/o the undersigned counsel of record

    b.    Brief Statement: Leilani Hamilton will generally testify regarding the her observations of the Vinales house, the Vinales' dealings with Defendants, and her similar experiencies.

6. Michael Daniels

    a.    C/o the undersigned counsel of record

    b.    Brief Statement: Michael Daniels will generally testify regarding the his observations of the Vinales house, the Vinales' dealings with Defendants, and his similar experiencies.

7. Chris Radliff

    a.    C/o Defendants' counsel of record

    b.    Brief Statement: Chris Radliff may testify regarding the issues experienced by the Vinales family, the Defendants' policies regarding lease and housing issues at Randolph Air Force Base, the Vinales lease and resident guidelines, and any matter on which he has given a declaration.

8. Michael Knight

    a.    C/o Defendants' counsel of record

    b.    Brief Statement: Michael Knight may testify regarding the issues experienced by the Vinales family, the purported remediation of the Vinales' house and household goods, and the Defendants' policies regarding maintenance and environmental issues at Randolph Air Force Base.

9.     Nick Miglieri

    a.     C/o Defendants' counsel of record

    b.     Brief Statement: Nick Miglieri may testify regarding the issues experienced by the Vinales family, the purported remediation of the Vinales' house and household goods, and the Defendants' policies regarding environmental issues at Randolph Air Force Base.

10.     Logan Pogue

    a.     225 Starburst Trail, Seguin, Texas 78155

    b.     Brief Statement: Logan Pogue may testify regarding his experiences working for Defendants at Randolph Air Force Base and his experiences with the Vinales family and house.

11.     Danelle Megeath

    a.     C/o Defendants' counsel of record

    b.     Brief Statement: Danelle Megeath may testify regarding her experiences working for Defendants at Randolph Air Force Base and her experiences with the Vinales family and house, including known maintenance issues with the house.

12.     Heather Dyer

    a.     20573 Breezy Hill Drive, Ashburn, Virginia 20147

    b.     Brief Statement: Heather Dyer may testify regarding her experiences living in the Vinales house before the Vinales family moved in, as well as her experiences with Defendants.

13.     Plaintiffs reserve the right to examine any witnesses called by any other party.

14.     Plaintiffs reserve the right to call rebuttal witnesses.

    Respectfully submitted,

    **PULMAN, CAPPUCCIO & PULLEN, LLP**

    By: */s/ Ryan C. Reed*
           Ryan C. Reed
           Texas State Bar No. 24065957
           rreed@pulmanlaw.com
           Randall A. Pulman
           Texas State Bar No. 16393250
           rpulman@pulmanlaw.com

2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

**WATTS GUERRA LLP**
Mikal C. Watts
Texas State Bar No. 20981820
mcwatts@wattsguerra.com
Francisco Guerra, IV
Texas State Bar No. 00796684
fguerra@wattsguerra.com
Robert Brzezinski
Texas State Bar No. 00783746
rbrzezinski@wattsguerra.com
Jennifer Neal
Texas State Bar No. 24089834
jneal@wattsguerra.com
4 Dominion Drive
Bldg. 3, Suite 100
San Antonio, Texas 78257
(210) 447-0500 Telephone
(210) 447-0501 Facsimile

**MORIARTY SKIVER PLLC**
James. R. Moriarty
Texas State Bar No. 14459000
jim@moriarty.com
4119 Montrose, Suite 250
Houston, Texas 77006
(713) 528-0700 Telephone
(713) 528-1390 Facsimile

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of May, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

***Via CM/ECF:***
Walter H. Boone
Jennifer J. Skipper
BALCH & BINGHAM LLP
188 East Capitol Street,
Suite 1400
Jackson, MS 39201
Telephone: (601) 961-9900

Facsimile: (601) 961-4466
wboone@balch.com
jskipper@balch.com

-and-

Julia W. Mann
Erica Benites Giese
JACKSON WALKER LLP
112 E. Pecan Street, Suite 2400 San Antonio, Texas 782015 Telephone: 210-978-7761
Facsimile: 210-242-4646
jmann@jw.com
egiese@jw.com

***Attorneys for AETC II Privatized Housing, LLC, AETC II Property Managers, LLC, and Hunt ELP, Ltd.***

                                    */s/ Ryan C. Reed*
                                    Ryan C. Reed