IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL J DANIELS, ET AL., | § | |
| *Plaintiffs*, | § | 5-19-CV-01280-RBF |
| vs. | § | |
| AETC II PRIVATIZED HOUSING, LLC, AETC II PROPERTY MANAGERS, LLC, HUNT ELP, LTD, | § | |
| *Defendants*. | § | |

## DEFENDANTS' WITNESS LIST

Defendants AETC II Privatized Housing, LLC, AETC II Property Managers, LLC, et al. ("Defendants"), submit their Witness List, listing the names and addresses of witnesses who may be called with a brief statement of the nature of their testimony:

1. Rachel L. Adams, I.H., M.T. (ASCP), MWR, RPIH, RRP:

    a. JS Held, 429 N Pennsylvania St, Ste. 304, Indianapolis, IN  46204

    b. Rachel Adams may testify to the matters set forth in her expert report submitted with Defendants' designation of experts on March 14, 2022 as well as any issue raised by other witnesses at trial that is within her field of expertise in this matter.

2. Leah Anderson

    a. 246 Lakeview Dr., Providence, TX  76227

    b. Leah Anderson may testify to the matters set forth in her expert report submitted with Defendants' designation of experts on March 14, 2022 as well as any issue raised by other witnesses at trial that is within her field of expertise in this matter.

3. Eric Benitas

    a. 9415 Mariposa Pass, San Antonio, TX 78251

    b. Eric Benitas, owner of EB Extreme Electrical Services, may testify regarding his work on the electrical panel in the Vinales home in November of 2017.

# EXHIBIT F

4. Robert Faircloth

   a. c/o Balch & Bingham, 188 E Capitol St., Ste. 1400, Jackson, MS 39201

   b. Robert Faircloth as the former Maintenance Director at Randolph Family Housing may testify as to his personal interactions with the Vinales family, the Yardi system and work done in the Vinales unit during their residency.

5. Mark Freemyer, CIEC

   a. Argus Environmental Consultants, LLC, 10004 Wurzback, #247, San Antonio, TX 78230

   b. Mark Freemyer is a non-retained expert. The witness is not employed by or subject to the control of the Defendants. Freemyer may testify regarding the Argus reports identified in Defendants' designation of experts on March 14, 2023 relating to the Vinales family, which have been identified and produced. He will be able to testify in regard to his educational background, training, years of experience, practices and procedures used in the investigation and drafting of the reports provided as well as the conclusions and opinions which are reflected in the reports.

6. Audra Froom

   a. c/o Balch & Bingham, 188 E Capitol St., Suite 1400 Jackson, MS 39201

   b. Audra Froom, as the former Community Director at Randolph Family Housing, had direct interactions with Plaintiffs as well as employees at Randolph Family Housing, Air Force personnel, Town Halls held at JBSA-Randolph, Military Housing Office personnel, Command at JBSA-Randolph, vendors, efforts of housing to resolve the Plaintiffs' complaints and all aspects of Randolph Family Housing's day-to-day business. She may testify as to the leasing process, the Yardi system, work order process, personal interactions with those involved with the Plaintiffs and Randolph family housing, Town Halls, vendors, and both personal and professional experience of living at Randolph as a Service Member's spouse.

7. Michael Knight

   a. c/o Balch & Bingham, 188 E Capitol St., Suite 1400 Jackson, MS 39201

   b. Michael Knight, as the former Regional Director of Maintenance and current Vice President of Operations was directly involved with Randolph Family Housing, the Plaintiffs, Town Halls, Command meetings, Military Housing meetings, maintenance oversight at the property, direction of the life cycle of maintenance in units at Randolph. He may testify as to all aspects of his involvement with Plaintiffs and Randolph as it relates to the matter at issue. He will serve as a corporate representative of AETC Property Managers, LLC.

8. Joseph Lstiburek, B.A. Sc., Ph.D., ASHRAE Fellow

   a. Lstriburek Consulting, Inc. 70 Main Street, Westford MA  01886

   b. Joseph Lstiburek may testify to the matters set forth in his expert report submitted with Defendants' designation of experts on March 14, 2022 as well as any issue raised by other witnesses at trial that is within his field of expertise in this matter.

9. Danelle Megeath

   a. c/o Balch & Bingham, 188 E Capitol St., Suite 1400 Jackson, MS  39201

   b. Danelle Megeath may testify regarding her role at Randolph Family Housing, personal knowledge of Yardi, her responsibilities and non-responsibilities as Warehouse Supervisor, and communications with certain residents.

10. Nicholas Miglieri

    a. c/o Balch & Bingham, 188 E Capitol St., Suite 1400 Jackson, MS  39201

    b. Nicholas Miglieri, as the former Regional Environmental Director and current Senior Director of Maintenance and Facilities was directly involved with Randolph Family Housing, the Plaintiffs, Town Halls, Command meetings, Military Housing meetings, maintenance oversight at the property, direction of the life cycle of maintenance in units at Randolph. He may testify as to all aspects of his involvement with Plaintiffs and Randolph as it relates to the matter at issue.

11. Martin Olivares

    a. 7113 San Pedro Ave. #294, San Antonio, TX, 78216

    b. Martin Olivares, owner of 2M, may testify regarding his work on the roof for Unit 604 in December 2018 and again in March 2019.

12. Chris Radliff

    a. c/o Balch & Bingham, 188 E Capitol St., Suite 1400 Jackson, MS  39201

    b. Chris Radliff, as Vice President of Operations for Hunt Military Communities, may testify regarding the Command structure, oversight by the Air Force, involvement of the military and United States Government in various aspects of operating Randolph Family Housing. He may also testify as to his knowledge regarding Randolph Family Housing, its business, communications with Command, the Air Force, and the site team as it relates to the matters at issue in this case.

13. Nick Reed

    a. c/o Balch & Bingham, 188 E Capitol St., Suite 1400 Jackson, MS  39201

    b. Nick Reed as Director of Environment and Safety may testify as to his visit to the Vinales home in March 2019 and the report he generated therefrom.

14. Anne Reisch, CRE, ,CCIM, DPM, RPA

    a. Reisch Consulting Group, Inc., 581 Chico Ct., Incline Village, NV 89451

    b. Anne Reisch may testify to the matters set forth in her expert report submitted with Defendants' designation of experts on March 14, 2022 as well as any issue raised by other witnesses at trial that is within her field of expertise in this matter.

15. Leigh Shoop/Sandy Taylor/ John MacKenzie

    a. 25 NW Point Blvd. Suite 1000 Elk Road Village, IL 60007

    b. Shoop/Taylor will testify as to the work performed on the Vinales home by Mackenzie/DKI.

16. Allison Stock, Ph.D., MPH

    a. JS Held, 365 Canal St., Ste. 2760, New Orleans, LA 70130

    b. Allison Stock may testify to the matters set forth in her expert report submitted with Defendants' designation of experts on March 14, 2022 as well as any issue raised by other witnesses at trial that is within her field of expertise in this matter.

17. Tom Sumner, CIH, CHMM

    a. JS Held, 365 Canal St., Ste. 2760, New Orleans, LA 70130

    b. Tom Sumner may testify to the matters set forth in her expert report submitted with Defendants' designation of experts on March 14, 2022 as well as any issue raised by other witnesses at trial that is within his field of expertise in this matter.

18. Keith Thomson

    a. All Service AC 814 Main Street, B, Schertz, TX  78154

    b. Keith Thomson may testify as to the work done in the Vinales' unit at Randolph and his knowledge of the HVAC system.

19. Angela Unterbrink

    a. c/o Balch & Bingham, 188 E Capitol St., Suite 1400 Jackson, MS 39201

    b. Angela Unterbrink as the former Director of Operations may testify as to her knowledge of the Vinales family's complaints, efforts to resolve those complaints, interactions with Command, Town Halls, and other knowledge touching on the matters at issue in this case.

20. Defendants reserve the right to examine any witnesses called by any other party.

21. Defendants reserve the right to call rebuttal witnesses.

                                                  Respectfully submitted,

                                                  /s/ *Walter H. Boone*

Walter H. Boone, MS Bar No. 8651
*(Admitted to W. D. of TX on 7/28/2020)*
Jennifer J. Skipper, State Bar No. 24076171
BALCH & BINGHAM LLP
188 East Capitol Street, Suite 1400
Jackson, MS 39201
Telephone: (601) 961-9900
Facsimile: (601) 961-4466
E-mail: wboone@balch.com
jskipper@balch.com

-and-

                                                  /s/ *Julia W. Mann*

Julia W. Mann, State Bar No. 00791171
JACKSON WALKER LLP
112 E. Pecan Street, Suite 2400
San Antonio, Texas 782015
Telephone: 210-978-7761
Facsimile: 210-242-4646
E-Mail: jmann@jw.com

**Attorneys for AETC II Privatized Housing, LLC, AETC II Property Managers, LLC, and Hunt ELP, Ltd. d/b/a Hunt Military Communities**

5

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of May, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Randall A. Pulman, Esq.
Ryan C. Reed, Esq.
Matthew J. McGowan, Esq.
Sarah Jackson, Donahue, Esq.
PULMAN, CAPPUCIO, & PULLEN, LLP
2161 NW Military Highway, Suite 400
(210) 222-9494 Telephone
(210) 892-1610 Facsimile
E-Mail: rpulman@pulmanlaw.com
           rreed@pulmanlaw.com
           mmcgowan@pulmanlaw.com
           sdonahue@pulmanlaw.com

James R. Moriarty, Esq.
LAW OFFICES OF JAMES R. MORIARTY
4119 Montrose, Suite 250
(713) 528-0700 Telephone
(713) 528-1390 Facsimile
E-Mail: jim@moriarty.com

Francisco Guerra, IV
Jennifer Arlene Neal
Robert E. Brzezinksi
WATTS GUERRA, LLP
Four Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
(210) 477-0500
E-Mail: fguerra@wattsguerra.com
jneal@wattsguerra.com
rbrzezinski@wattsguerra.com

/s/ *Walter H. Boone*
Walter H. Boone, MS Bar No. 8651
*(Admitted to W. D. of TX on 7/28/2020)*