IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL J. DANIELS, ET. AL, <br> PLAINTIFFS <br><br> v. <br><br> AETC II PRIVATIZED HOUSING, LLC; <br> AETC II PROPERTY MANAGERS, LLC; AND <br> HUNT ELP, LTD. D/B/A HUNT MILITARY <br> COMMUNITIES, <br> DEFENDANTS | § § § § § § § § § § § § § | CASE NO. 5:19-CV-01280-RBF |

## APPEARANCE OF COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the Plaintiffs, Michael J. Daniels, et al.

Date: May 30, 2023

_/s/ Alexis G._

ALEXIS R. GARCIA
Texas Bar No. 24117204
argarcia@wattsguerra.com

WATTS GUERRA LLP
4 Dominion Drive
Building 3, Suite 100
San Antonio, Texas 78257
Telephone: (210) 447-0500
Facsimile: (210) 447-0501

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of May, 2023, a true and correct copy of the foregoing document was filed with the Court's ECF system, which will send notification of such filing to the following:

Walter H. Boone
BALCH & BINGHAM LLP
188 East Capitol Street, Suite 1400
Jackson, Mississippi 39201
wboone@balch.com

Jennifer J. Skipper
BALCH & BINGHAM LLP
188 East Capitol Street, Suite 1400
Jackson, Mississippi 39201
jskipper@balch.com

Julia W. Mann
JACKSON WALKER LLP
112 E. Pecan Street, Suite 2400
San Antonio, Texas 782015
jmann@jw.com

/s/Alexis R. Garcia
Alexis R. Garcia