IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANE VINALES, ET AL., | § § § | |
| *Plaintiffs,* | § § | 5-19-CV-01280-RBF |
| vs. | § § § | |
| AETC II PRIVATIZED HOUSING, LLC, ET AL., | § § § § | |
| *Defendants.* | § § | |

## ORDER

Before the Court is Defendants' Motion for Protective Order. Dkt. No. 398. The Court held an in-person hearing regarding the issue of trial publicity on June 2, 2023. The parties briefly discussed the pending motion at the hearing, and counsel for all parties agreed to refrain from issuing press releases or engaging in inappropriate trial publicity until after a verdict is reached in the *Vinales* case. The present *Vinales* trial is the first trial in the overarching case that has been referred to previously as the *Daniels* case. The *Vinales* first trial has already commenced. But as discussed at the hearing, the Court anticipates there may be a need for an order to govern publicity in the overarching *Daniels* case going forward.

Accordingly, **IT IS ORDERED** that Defendants' Motion for Protective Order, Dkt. No. 398, is **HELD IN ABEYANCE** pending completion of trial. Plaintiffs shall file their response by no later than **three (3) days** after a verdict is rendered at trial in the *Vinales* case. Plaintiffs are further instructed to provide, along with their response and after conferring with Defendants, a proposed order containing appropriate limits on trial publicity going forward for the overarching *Daniels* case. The Court will likely adopt that order in all related litigation, beyond merely the

2

*Daniels* case. Defendants may file a competing proposed order by the end of the day after Plaintiffs provide their order.

    **IT IS SO ORDERED**.

    SIGNED this 6th day of June, 2023.

_____
RICHARD B.  FARRER
UNITED STATES MAGISTRATE JUDGE