IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL J DANIELS, ET AL., | § § § § § § § § § § § § | |
| *Plaintiffs,* | | 5-19-CV-01280-RBF |
| vs. | | |
| AETC II PRIVATIZED HOUSING, LLC, ET AL., | | |
| *Defendants.* | | |

**ORDER SETTING STATUS HEARING**

Before the Court is the status of this case, which was assigned for disposition following all parties' consent. *See* Dkt. No. 267. After a three-week trial on the Vinales family's claims, the jury returned a verdict on June 23, 2023. Several matters are ripe for discussion. Defendants previously filed a Motion for Protective Order regarding proposed limits on trial publicity. *See* Dkt. No. 398. Plaintiffs timely filed a response, requesting an oral hearing on the matter. *See* Dkt. No. 448. There are also several post-verdict scheduling matters the Court wishes to discuss with the parties.

Accordingly, **IT IS ORDERED** that this case is set for a status conference on **July 14, 2023, at 1:30 p.m.** All parties are required to appear by Zoom for the hearing. The information to join the hearing is as follows:

**Join ZoomGov Meeting:** https://txwd-uscourts.zoomgov.com/j/1600078256

**Meeting ID:** 160 007 8256

The parties must check in, no later than 5 minutes before the start of the hearing, with the Courtroom Deputy, Ms. Amy Jackson. The parties should be prepared to discuss all pending motions. The parties should also be prepared to discuss the timing of next steps in this case,

including the filing of any motions for new trial or judgment notwithstanding the verdict, as well as the issues of remittitur, severance, final judgment, and appeal.

**IT IS SO ORDERED**.

SIGNED this 28th day of June, 2023.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE