IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANE VINALES, *ET AL.*, | § § § | |
| *Plaintiffs,* | § § | |
| vs. | § | 5-19-CV-01280-RBF |
| AETC II PRIVATIZED HOUSING, LLC, *ET AL.*, | § § § § § | |
| *Defendants.* | § § | |

### **VINALES FINAL JUDGMENT**

This action proceeded to a jury trial, which began on June 5, 2023. All parties consented to have the assigned United States Magistrate Judge conduct all proceedings, including trial and entry of judgment. *See* Dkt. No. 267; 28 U.S.C. § 636(c); Fed. R. Civ. P. 73. On June 23, 2023, the jury returned a unanimous verdict and answered the questions submitted to it in accordance with the Court's instructions. Following receipt of the jury verdict, Plaintiffs filed a Motion to Enter Judgment on the Jury Verdict. *See* Dkt. No. 452. Defendants responded. *See* Dkt. No. 456. The Court entered judgment, but that judgment was not final and appealable; it did not dispose of all parties and all claims in the case. *See* Dkt. No. 460.

Accordingly, **IT IS ORDERED** that the Court has found there is no just reason for delay to entry of final judgment as to the parties subject to this Vinales Final Judgment. A host of issues presented in the Vinales case will be revisited in subsequent cases, which are already on file. Judicial economy and the related interests of the parties warrant certification under Rule 54(b). All claims as to the parties to this Vinales Final Judgment are final. This Vinales Final Judgment is therefore intended to serve as a final, appealable judgment as to all claims between and among the following:

- Plaintiffs Shane Vinales, individually and as next friend of L.V and S.V., and Becky Vinales, individually and as next friend of L.V and S.V.

- Defendants AETC II Privatized Housing, LLC; AETC II Property Managers, LLC; and Hunt ELP, Ltd. d/b/a Hunt Military Communities.

This Vinales Final Judgment is entered in accordance with Rule 54(b) as to all claims between and among the aforementioned parties. *See* Fed. R. Civ. P. 54(b).

**IT IS FURTHER ORDERED** that Defendant AETC II Privatized Housing, LLC breached the lease agreement with Plaintiffs Shane Vinales, Becky Vinales, and their minor children and is accordingly liable to Plaintiffs Shane Vinales, Becky Vinales, and their minor children for damages in the amount of $91,654.00. The Court therefore enters **FINAL JUDGMENT** against Defendant AETC II Privatized Housing, LLC, in the amount of $91,654.00 and in favor of Plaintiffs Shane Vinales, Becky Vinales, and their minor children. Plaintiffs shall take nothing on any and all claims against Defendants AETC II Property Managers, LLC and Hunt ELP, Ltd. d/b/a Hunt Military Communities.

**IT IS FURTHER ORDERED** that Plaintiffs are entitled to recover post-judgment interest from Defendant AETC II Privatized Housing, LLC as of the date of this judgment's entry on the docket and at a rate equal to the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment, which the Court determines at this time to be 5.42%. *See* 28 U.S.C. § 1961(a).

**IT IS FURTHER ORDERED** that no party shall recover attorneys' fees and that, in its discretion, the Court determines the parties shall bear their own costs.

**IT IS FURTHER ORDERED** all claims between the above-listed parties that are not expressly addressed herein are denied, and Plaintiffs shall take nothing on them.

**IT IS SO ORDERED**.

SIGNED this 2nd day of October, 2023.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE